

U210080802220

B0426-0771 09/01/2021 9:29 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210080802220

Date Filed: 9/1/2021

Submitter Information:

| | |
|---|---|
| Contact Name | Edward Kennedy© |
| Organization Name | |
| Phone Number | (415) 275-1244 |
| Email Address | pillarofpeace2012@gmail.com |
| Address | POSTAL EXTENSION CODE 19601 800 COURT STREET 223 READING, PA 19601 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| HOCHMAN SALKIN TOSCHER PEREZ P.C. | STEVEN TOSCHER 9150 Wilshire Boulevard 300 Beverly Hills, CA 90212 |
| CHARLES PAUL RETTIG | STEVEN TOSCHER 9150 Wilshire Boulevard 300 Beverly Hills, CA 90212 |
| CHARLES PAUL RETTIG | |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| Edward Thomas Kennedy | postal extension code 19601 c/o 800 Court Street, 223 Reading, PA 19601 |
| Pennsylvania Assembly Unincorporated | postal code extension 19465 c/o 88 Glocker Way 358 Pottstown, PA 19465 |

Indicate how documentation of Collateral is provided:

Entered as Text

Description:

Fee Schedules Recording #: Pa06-2021-2021000025,
INVOICES
RE 018 222 246 US
RE 018 222 215 US
RE 018 222 232 US

**Exhibit**

1

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:

Not Applicable

Select an alternate Financing Statement type:

Not Applicable

Select an additional alternate Financing Statement type:

Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

B0426-0772 09/01/2021 9:29 AM Received by California Secretary of State



Edward Kennedy ©
c/o 800 Count Sheet #223
Reading, Pennsylvania
postal extension Code 19601

By: Edward Kennedy; ©

HARRISBURG PA 171
2 SEP 2021 2PM 1 L

CHARLES PAUL PETTIG

**Exhibit**
2

Edward Kennedy©
c/o Non-domestic
800 Court Street, Apartment 223
Reading, Pennsylvania
usa  near [19601]

17th of March 2021

Department of the Treasury
Internal Revenue Service
Kansas City, MO 6499-0206
Send by RE 018 222 144 US Return Receipt Requested.

Internal Revenue Office of the Commissioner
Room 3000
1111 Constitution Avenue NW
Washington, DC 20204
Send by RE 018 222 158 US Return Receipt Requested.

Commissioner of the Internal Revenue Service
Department of the Treasury
PO Box 480
Holtsville, NY 11742
Sent by RE 018 222 161  US Return Receipt Requested.

Cindy Adams Dunn
Pennsylvania Secretary of Conservation and Natural Resources
Rachel Carson State Office Building
400 Market Street
Harrisburg, Pa. 17105
Send by RE  018 222 175 US Return Receipt Requested.

George Rudolph, President
PSECU Credit Union
P.O. Box 67013
Harrisburg, PA 17106-7013
Send by RE 018 222 189 US Return Receipt Requested.

Andrew Saul, Commissioner
Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235
Send by RE 018 222 192 US  Return Receipt Requested.

Charles Paul Rettig (CA Attorney ID #97848)
Commissioner of the Internal Revenue Service / Internal Revenue Office of the Commissioner
9150 Wilshire Blvd Ste 300
Beverly Hills, CA 90212-3430
Send by RE  018 222 215 US Return Receipt Requested

Michael O'Grady, Chief Executive Officer
Northern Trust Corporation
50 South La Salle Street
Chicago, IL 60603
Sent by RE 018 222 201 US  Return Receipt Requested

This letter is being addressed to all recipients as their NOTICE of liability in this matter.  To the Internal Revenue Service and it's owner and Commissioner for its improper presumptions and actions, to the Pennsylvania Secretary of Conservation and Natural Resources for allowing the recording and publication of improper Notices of Liens and Levies, to the CreditUnion/Bank and its President/CEO for accepting or allowing improper garnishment or any other collection activities against an American PERSON, and to the Social Security Administration for allowing improper garnishment and obstruction of program dividends owed to me, and the Chief Executive Officer, Northern Trust Corporation for failure to disclose to me it's ownership interests in the IRS and Internal Revenue Service registered in Delaware as follows:

1 of 9.

Northern Trust Corporation (Holds the IRS Company)

File Number: 0774471 Incorporation Date / Formation Date: 08/23/1971
Entity Name: NORTHERN TRUST CORPORATION
Entity Kind: CORPORATION;
Entity Type: GENERAL Residency: DOMESTIC State: DE

### These acts stated herein are criminal acts in perpetration and criminal acts in neglect as accomplices.

This is also your Notice that I am not a member of any religious cult embraced by Municipal "citizens of the United States", not a Territorial United States Citizen residing in any State of State, not an incorporated entity, not the owner or operator of any incorporated offshore business enterprise engaged in any activity related to the interstate manufacture, transport, or sale of alcohol, tobacco, or fireworks and not otherwise the employer, owner, or operator of any offshore business engaged in Federal income-producing activity related to any agricultural, residential or commercial property subject to Territorial or Municipal jurisdiction.

I am a Pennsylvania State Citizen of The United States of America, the Owner of Record and Holder in Due Course of all Trademarks/TRADEMARKS and copyrights associated with my Lawful Person, however styled, ordered, punctuated, or spelled; these are private assets and I do not authorize any administration of these assets for the benefit of Third Parties.

This is Notice of my acceptance of all your oaths and offices and commission pledges to operate in a lawful manner and my recognition of foreign efforts to impersonate me and deprive me of my IV Amendment Guarantees and Due Process by means of virulent fraud.

This also Notices California Attorney Charles Rettig for International Commercial Liens in the State of California State and County of Los Angeles are pending against his corporation(s) and his legal person for knowingly failing to comply with my previous lawful requests to return all funds paid my mistake to the agencies he administers.

MANDATORY NOTICE
Foreign Sovereign Immunities Act Section 1605 and 1607 NOTICE OF LIABILITY
18 USC 2333, 18 USC 1341 and 1342.

**WARNING – NOTICE to all Internal Revenue Service and IRS officers, agents, and employees in this Kansas City, MO office - related to this office's confession to committing a crime by attempting to use a CP71C Amount Due notice – a tax collection attempt / action not authorized by Congress.**

**Please give this legal Notice to the highest ranking manager in this office or to this office's legal department, due to its contractual content and its legal importance. If you are not licensed to practice law, you must forward this reply notice to someone who is, as you are not legally qualified to render a legal determination on this CP71C matter.**

You are being referred to IRC sec. 7608 – IRS Enforcement Subtitle E - the letter E stands for "Enforcement."

IRS agents that are only trained and authorized to act as "ADMINISTRATIVE" agents – referred to as "A" agents - are not authorized to act as "E" (Enforcement) agents. Is anyone in your office an "E" type agent? I understand that you are all "A" - Administrative agents only? An "A" type agent / officer **has no enforcement rights** to take or attempt to take or collect someone's assets or Federal Reserve Notes that it is using tax code section numbers UNDER 7000.

Your office is illegally using IRC code sections under 7000. Your office is not lawfully allowed by Congress

to use code sections below 7000 - related to your subject CP71C "Amount Due" notice. IRC code sections below 7000 are merely "Administrative" codes – not Enforcement code sections and section 7608 - Enforcement Regulations - only apply to Title 27 - Alcohol, Tobacco, & Firearms (ATF) "activities." I demand to see proof that I am involved in any ATF activities related to your CP71C Amount Due claim.

Your subject CP71C notice is obviously an "enforcement" action emanating out of this office. Only an "E" (enforcement) type IRS officer is allowed to impose **"enforcement" actions to collect alleged Amounts Due "ONLY" related to ATF activities.** "E" type IRS agents using code section numbers 7000 and above, related to tax collection actions,"only" apply to ATF activities. I have never been involved in any ATF related activities. An "activity" is always the "subject" of the tax - **"Income" is never the subject of the tax - it's only a means of calculating the tax, provided I am involved in an ATF activity or some other excise taxable "activity" which I am not.**

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $6,587.56 Amount Due for 2001 (see pg. one of CP71C enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $7,102.65 Amount Due for 2007 (see pg. one of CP71C enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $5,930.35 Amount Due for 2009 (see pg. one of CP71C enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $5,925.80 Amount Due for 2010 (see pg. one of CP71C enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $5,903.12 Amount Due for 2013 (see pg. one of CP71C enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $11,851.62 Amount Due for 2014 (see pg. one of CP71C enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $5,925.89 Amount Due for 2015 (see pg. one of CP71C enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $52,547.76 Amount Due for 2016 (see pg. one of CP71C enclosed). Your immediate attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

This is my response to the Internal Revenue Service's CP71C notice dated March 15, 2021 that is claiming a $5,898.61 Amount Due for 2016 (see pg. one of CP71C enclosed). Your immediate

attention and response is required on this "contractual" matter within ten (10) days from the date of your receipt of this, or your CP71C Amount Due claim will be invalid.

I AGREE TO PAY ALL AMOUNTS DUE AS REFERENCED IN THE IRS'S CP71C NOTICES (enclosed herein or on record).

I agree to settle on all amounts the IRS and your office is claiming I am liable for, CONDITIONED upon your office or any other IRS office, providing me with two documents that are required by law to be given to me upon my request herein - related to the subject CP71C notice and my desire and intention to discharge all Amounts Due.

I want to make sure that when this CP71C Amount Due matter **is completely settled, finalized, and closed** between me and the IRS, that the settlement is FINAL and COMPLETE and that no other IRS offices / agents from different offices and from different states will send me a similar notice of some amount due for 2001, 2007, 2009, 2010, 2013, 2014, 2015, 2016 - the subject years in question.

Before I settle and discharge all Amounts Due the IRS is claiming I owe, your office will have to first provide me with certain information I am entitled to, based on the tax statutes approved and authorized by Congress. To confirm and verify the CP71C Amount Due from your CP71C notice, I am advised by legal counsel that conditions precedent below must first be complied with to verify the IRS's claims for the amounts your office is claiming to be due.

1. Please send me the "implementing" tax code regulation (just the number) that has been promulgated in the Code of Federal Regulations (CFR), in the Federal Register, that gives the IRS and your office the "**authority**" and "**right**" to send a CP71C Amount Due notice. My legal counsel and tax advisor and I have not been able to find the IRC / CFR implementing "regulation" that gives the IRS and your office the "authority" and "right" to send me a CP71C amount due notice.

2. All IRS CP71C related collection actions your office is proposing, typically stem from a CP15 notice or a CP501 or a CP503 notice. My legal counselors and I have not been able to find the "Enforcement" Regulation for any 26 U.S.C. or IRC code sections in the IRC that the IRS might claim as their "right" and "authority" to send a CP15, CP501, CP503, CP504 or a CP71C notice.

3. **According to my legal counsel and IRS regulations, there are no "Enforcement Regulations" giving the IRS "authority" from Congress** in the legally required - cross referencing Parallel Tables of Authority and in Subtitle F for Title 26, that give any legal "right" from Congress, to the IRS, to send me any type of a CP Amount Due notice.

See the enclosed list of Title 26 code sections and their cross referenced Enforcement Regulations in the Parallel Tables of Authority. **There are no Enforcement Regulations applicable to any 26 U.S.C. code section violations.**

4. Before the IRS's CP71C notice has any legal force and effect, my tax counselors inform me that the **IRS has to include in all of their "Notices" of tax amounts due – either the IRC "implementing" regulation or the "enforcement" regulation that gives the IRS their "authority" and "right"** to send a CP71C notice, related to the subject CP71C notice herein. The IRS's subject CP71C notice dated October 14, 2019 enclosed, did not mention in this "Amount Due" notice, what the IRS's 'authority' and '**right' is to send this notice**, similar to how the IRS's CP15 notice states that their right to send their CP15 notice is IRC section 6702(a). However, section 6702(a) has no Enforcement Regulation authority from Congress that gives the IRS any authority or right to send a CP15 notice.

5. The subject CP71C notice (pg. one enclosed for Kansas City, MO Office) says the following: ".... our [IRS] records show you have unpaid taxes for the years ending Dec. 31, 2001, Dec. 31, 2007, Dec. 31, 2009, Dec. 31, 2010, Dec. 31, 2013, Dec. 31, 2014, Dec. 31, 2015, Dec. 31, 2016, and Dec. 31, however, this notice did not specify what kind of "taxes" are unpaid. Would you please tell me what kind of taxes are

4 of 9.

unpaid? There are many dozens of types of taxes you might be referring to on page one of the CP71C notice you sent. Being more specific and less vague would be very helpful to me and appreciated in my efforts and desire to reach a final settlement on all amounts supposedly owed.

Without the required by law promulgated "**implementing regulation" and the cross referencing "enforcement" regulation** in the Parallel Tables of Authority - applicable to your CP71C notice, any further IRS collection actions will be a violation of IRS regulations and my Fifth Amendment (to the Constitution 1787) protected Natural Rights of due process of law and too many other U.S.C. Title and code section violations to mention at this time.

6. Perhaps the CP504 and/or the subject CP71C notice said on page one - "...we may levy your property or rights to property.... ." My legal counsel informs me that the **IRS cannot file a valid levy against me** without first abiding by certain lawful due process of law steps, which include first sending a Notice of Intent to Lien that would give the recipient the right to "cure" all tax amounts lawfully claimed to be owed, before an actual Lien or Levy was filed by the IRS and a Notice of Intent to Lien and Levy is not a valid Lien or Levy.

**I am agreeing to discharge all amounts lawfully due, conditioned upon your office and the IRS providing me with only two items of information, required by law, to VERIFY your claims stated herein for amounts due – 1. The implementing or enforcement regulation for your CP71C and 2. A Final Amount Due statement signed off on by a high level IRS officer under penalty of perjury.**

7. Can the IRS impose a levy on the government created *Cestui Que Vie* trust entity they named EDWARD T KENNEDY - the fictitious entity the IRS sent the subject CP71C notice to, before they send "it" a Notice of Intent to Lien? I, EDWARD T KENNEDY, in my living man "capacity" herein, am an entirely different legal entity compared to the government's created and controlled fiction entity they named EDWARD T KENNEDY - the actual recipient of the IRS's subject CP71C notice. I, the living man, am not the "fiduciary" or the "surety" "agent" for the government's created and controlled "fiction" entity they named EDWARD T KENNEDY, **and your CP71C notice WAS NOT SENT TO ME, the living man.  It is clearly an act of impersonation pursuant to barratry and must be stopped.**

Regarding the enclosed CP71C notice sent by the IRS to a government created "fiction" entity - this notice did not include the signature of any IRS officer. An unsigned presentment / Amount Due billing statement such as this CP71C enclosed, according to my legal counsel and the law on valid contracts, **has no legal force & effect in law** unless signed by a high level IRS officer, according to statutes passed by Congress in D.C. and the IRS's Internal Revenue Manual (IRM), provided the IRS first has legal authority from Congress to send anyone a CP71C notice.

All IRS "presentments" and "debt" claims such as the CP71C subject notice that mention a certain amount due, have to be signed off on by a high level IRS officer **– always under 28 U.S.C. sec. 1746(2) and always under penalty of perjury as per IRC section 6065, and all enforcement actions to "collect" taxes, penalties, and interest amounts due, have to have implementing "enforcement" regulations promulgated in the Code of Federal Regulations and be published in the Federal Register and cross-referenced in the Parallel Tables of Authority.**

**Any illegally sent mail from the IRS - representing any attempt to collect a tax "DEBT" that doesn't exist – is Mail Fraud – a violation of RICO laws and in violation of the Fair Debt Collection Practices Act (FDCPA), a 1971 federal consumer protection law that is strictly enforced - see Title 15 Ch. 41 Subchapter V sec. 1692.**

8. There must be a current Total Amount Due "assessment," hence, the IRS must provide me with a CP71C related - FINAL AMOUNT DUE (billing statement), stating the exact TOTAL AMOUNT you are claiming I am "liable" for. This FINAL and TOTAL AMOUNT DUE for 2001, 2007, 2009, 2010, 2013, 2014, 2015, and 2016 have to be personally signed off on by a high level IRS officer. The IRS officer's signature on a TOTAL Amount Due BILLING STATEMENT (True Bill) has to be signed with the officer's 'wet ink'

signature (not by a computer) by a real, living IRS officer with the authority to make an accurate and final assessment of what the IRS is claiming I am liable for. Amount Due notices with someone's name signed by a computer are invalid with no force and effect in law.

A TOTAL AMOUNT DUE billing statement I am legally required to be sent - has to be signed by a living man or woman IRS officer - a GS-9 or above IRS officer - **or your final Amount Due billing statement will not be a valid or legal presentment contract offer and I will not know the exact Final Amount Due that said qualified high level IRS officer is claiming I am liable for and I would have no legal liability or obligation to pay an Amount Due statement that is defective and void on its face. It is impossible for me to pay or discharge all amounts due without first receiving a Total Amount Due (True Bill) signed off on by a high level IRS officer with his/her 'wet ink' signature, so please send this Total Amount Due statement so I know how much to discharge.**

9.  **26 U.S.C. section 7851 (a)(6)(A) says: There is no authority for the IRS to use any 'enforcement' actions (read - money collection actions like a CP71C claim for an amount immediately due),** against an American National / non "U.S. citizen" (meaning D.C. citizen) like me (with no government sources of excise taxable income connected to a "trade or business" and acting in the capacity of a "public officer").

10. Until Title 26 becomes "ENACTED" - meaning – passed into "positive" law and then made applicable to the living people domiciled in the 50 states of the union (will never happen), nothing in Title 26 applies to the living men and women in the states of the union – not involved in excise taxable activities. If Title 26 has never been "enacted" into 'positive' law, then how is it possible for the IRS's CP71C letter to apply to me, a living man, living under my Creator's laws protected by the *de jure* Constitutional (1787) **law of the "land" jurisdiction** in a non-domestic (not within D.C.) state of the union and with a mailing location not within the "United States" (defined in tax law as D.C.) and their **Admiralty law of the "sea" jurisdiction?**

**Michael L White, a Federal Attorney, wrote in a letter that said: There are no enforcement regulations in the Federal Register – nor a requirement to pay income taxes.** Your office and the IRS are required by law to have a knowledgeable IRS officer provide me with the IRC regulation in Title 26 or in any other U.S.C. Title that makes me "subject to" and "liable for" discharging a CP71C Amount Due notice for 2016. Your CP71C Amount Due was not sent to me in my **living man capacity. It was sent to the government's created and controlled entity named EDWARD T KENNEDY and I do not know who or what this government fiction entity is and I am not this entity's "fiduciary" agent or its "surety."**

11. **26 U.S.C. section 7806(b) says and I paraphrase: There is no inference that any regulation in Title 26 has any force and effect in law.** Doesn't this code section apply to the IRS's October 14, 2019 CP71C notice they recently sent to the governments' created and controlled fiction trust entity named EDWARD T KENNEDY?

12. **26 U.S.C. section 7408(d) says the IRS's taxing jurisdiction is limited to the ten square mile area commonly know as the District of Columbia.** Does the IRS think I, the living man, is domiciled in D.C. or in any one of its possessions or territories, or within one of its "federal zones" within the state where I live?

13. **4 U.S.C. section 72 says the IRS tax code is not allowed to leave the ten square mile land area of the District of Columbia.** Does the IRS office that sent the subject CP71C notice and is making a claim for amounts due - think I am domiciled or living in the District of Columbia? I have never lived nor knowingly been domiciled in D.C. and I have never knowingly been a "public officer" involved in a "trade or business" domiciled in D.C.

Does the IRS officer claiming a CP71C Amount Due have a license to practice tax law? Is your office making a "legal" determination, without lawful discovery, as to the exact amount I am "liable" for?

14. **1 U.S.C. section 204 says Title 26 is not "positive law"** (never enacted beyond one day in August 1954) and therefore, is only *"prima facie"* and "color of law" evidence (evidence is not proof), but a mere statutory "presumption" [by the IRS]. The IRS cannot impair my constitutionally

protected – God given unalienable rights [to not volunteer to make donations to the Treasury]. [emphasis added]. Does your office think Title 26 has been "enacted" into positive law and therefore, somehow applies to me, the living man, for 2016?

The IRS is required by statutes enacted by Congress, to provide me with the **"implementing regulation"** in the Parallel Tables of Authority that gives the IRS the legal "authority" and "right" to send EDWARD T KENNEDY, a government created "fiction" entity, a CP71C notice that says, EDWARD T KENNEDY, the God created living man (not created or controlled by any government agency), has to pay CP71C Amounts Due. If the IRS and your office thinks EDWARD T KENNEDY, a government created and controlled trust entity owes debts and to whom you sent your CP71C notice, then why don't you send your CP71C Amount Due statement to the Treasury and have them set-off or discharge this alleged Amount Due, as I'm not the government's fiduciary agent or surety on this amount due account.

**15.** I am not a "Federal" statutory "Individual" nor a "U.S. citizen" nor a "United States citizen" nor a "citizen of the United States" domiciled in D.C. or in one of its territories, and **I do not have a Social Security # in my living** man's **name and to the extent that such an ACCOUNT has been established in my name by Third Parties, it is an American State PERSON on the Public Record and is tax pre-paid, exempt from levy.**

**16.  44 U.S.C. section 1505(a) – legally requires the publishing of [IRS enforcement] "regulations" in the Federal Register and in the Code of Federal Regulations (CFR) that "implement" (as in implementing regulations) any kind of tax or penalty charge [or amounts due claimed by the IRS to be owed].** [emphasis added].

CP71C tax collection actions taken against me without published "implementing regulation" authority promulgated in the Federal Register and without my consent, **is a serious violation of law. According to 26 CFR 601.702 (a)(2)(ii) and 5 U.S.C. section 552 (a)(1) & (2), the IRS has the legal requirement to publish the implementing regulations that give the IRS "congressional authority" and its right to send their CP71C notice and many higher court case rulings have confirmed this fact (see below).**

**17. The IRS has to have promulgated in the Federal Register, implementing regulations** – reflecting the tax laws passed by Congress giving the IRS "authority" to even send out their CP71C notice. Where is the IRS's lawful authority promulgated in the Federal Register to send a CP71C notice / letter? **A Statute (related to 26 U.S.C.) is void according to the Supreme Court when it lacks an "implementing" regulation promulgated in the Federal Register** and thus, cannot be enforced. *California Bankers v. Shultz,* 416 US 25, 44 39., *United States v. Eaton* and *U.S. v. Mersky,* 361 US 431.

**18. Administrative Procedures Act – Title 5 U.S.C. section 552(a)(1) says** – Statutes (like Title 26 regulations and its CP71C notice), may not be legally enforced until implementing regulations have been published and promulgated in the Federal Register and in the Code of Federal Regulations (CFR) so the living men and women in the 50 states of the Union, like me, not domiciled in D.C., know which tax regulations might apply to them and which Title 26 tax regulations "ONLY" apply to government officers and statutory "persons" domiciled in D.C. or in one of D.C.'s "federal zones."

If you, your office, or the IRS cannot provide me with the promulgated implementing regulation for the IRC tax code you think I (or some government created fiction entity has violated), related to your and the IRS's CP71C notice, **within ten (10) days from the date when the IRS receives this CP71C response** and counter-offer to the IRS's CP71C offer to contract, then your office and the IRS will be in DEFAULT and your silence will be interpreted by me and my legal counsel to be your and the IRS's admission that your office and the IRS have no –and never had any -- congressional authority to send your CP71C Amount Due notice.

**19.** My legal counselors and tax advisors **have not been able to find any promulgated "enforcement" regulations** for any Title 26 code section violations that would lead to the subject CP71C notice. There are a few Title 26 "enforcement" regulations illegally cross-referenced in the Parallel Tables of Authority and

Subtitle E 'Enforcement Regulations' to Title 27 – Alcohol, Tobacco & Firearms (ATF), however, the law prohibits any IRS agent, officer, or employee under Title 26 to use any Title 27 'enforcement' regulation for a Title 26 violation and I have never had any involvement in ATF "activities." Does your office have any proof that I am involved with any ATF "activities"?

**1 CFR 21.21(c) & 21.40 prohibit any Title 26 code violations to be enforced (money collection actions) by using any Title 27 (ATF) enforcement code regulations – only applicable to Title 27 and ATF "activities" and not applicable to any Title 26 "presumed" (by the IRS) Administrative tax code violations.**

When you provide me with the IRS's implementing regulation related to your CP71C notice and its cross-referenced "enforcement" regulation in the Parallel Tables of Authority - "authorizing" the sending of the IRS's CP71C presentment, and a FINAL TOTAL AMOUNT DUE STATEMENT for the exact amount I'm liable for, signed off on by a high level IRS officer under penalty of perjury (IRC 6065), I will then remain in honor and discharge all tax amounts the IRS is lawfully claiming and verifying I am liable for.

Should you and your office disregard what is being stated by me in this Notice and file an illegal levy, you will have committed too many violations of law to mention at this time, **because I am herein remaining in honor and accepting the IRS's offer to pay the total amount due I am liable for, conditioned upon receipt of the IRS's two proof of claim items as referenced and stipulated to above.**

*The Reformation & Restructuring Act of 1998 (RRA'98)* says that IRS agents / officers can be **"terminated" (fired)** if they are caught trying to use Amount Due collection actions not authorized by the tax statutes passed by Congress. Anyone in your office connected to any further CP71C Amount Due collection actions not authorized by Congress, will be subject to my RRA'98 / IRC section 1203 redress complaint actions and other statutory and non-statutory actions compelled to be taken by me in self-defense, in the event the IRS and this CP71C office or any IRS office does not provide me with the two items mentioned above to verify their claim of an Amounts Due. See the enclosed reference to RRA'98 violations – taken from the IRS's website.

**IRC code section 7206 – Fraud and False statements**. Any [IRS] person who willfully aids or assists in making a "claim" [for amounts due] which is fraudulent or is false as to any material matter, shall be guilty of a felony – fined not more than $100,000 and imprisoned not more than 3 years, or both, together with cost of prosecution.

Any IRS officer practicing tax law without a license who makes an illegal and incorrect legal determination decision related to this CP71C Amount Due claim, will be liable for damages and subject to "termination" as per RRA'98 and President Trump's Tax Fairness Task Force. **If you cannot or will not verify your Amount Due claim by providing me with just these two things (above), then you must immediately Cease & Desist any further illegal collection actions against me, the living, breathing man.**

For your convenience, **I have enclosed a list of 26 USC – Subtitle F- Enforcement Regulations that DO NOT LIST any valid "enforcement regulations" or IRS "authority" connected to Title 26 or to a CP71C Amount Due notice**. As per 1 CFR 21.21(c) and numerous higher court case rulings, the IRS is "prohibited" - meaning it cannot use Title 27 (ATF) enforcement regulations for any "presumed" (by the IRS) Title 26 code violations or an alleged tax Amount Due.

You are required by law to provide me with the enacted "enforcement regulation" giving the IRS "authority" to send their CP71C Amount Due notice and a FINAL AMOUNT DUE billing statement signed by a GS-9 or above IRS officer under penalty of perjury as per IRC 6065 and 28 U.S.C. 1746(2), so I know what the presumed Final Total Amount Due is the IRS and your office is claiming I am lawfully liable to discharge.

For the years stated herein, and notably for 2016, your CP71C notice has the $52, 547.76 Amount Due amount placed in a box. Under the laws of boxing, any amount placed in a box means said amount does not appear in the box and is thus, not due.

If the subject CP71C notice was sent by mistake, please send me a correspondence within ten (10) days of your receipt of this notice - telling me that your records have been corrected to now show no CP71C amounts are due for the subject 2001, 2007, 2009, 2010, 2013, 2014, 2015, and 2016 tax years.

I would like to quickly settle this matter with your office. If you do not have the authority to settle or vacate this matter asap, please forward this to an IRS officer who does have the authority and who is knowledgeable on what your IRC and IRM regulations say, and who is authorized to come to a final closure agreement with me on this matter.

Without prejudice, all rights reserved.

By: Edmund Kennedy ©

Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applicable to all Successors and Assigns.

in my living man on the land and soil of Pennsylvania capacity, all rights reserved, without prejudice, in good faith, in peace, not a "U.S.citizen," not domiciled in the "United States" nor in D.C., in my living man name.

Enclosed:
CP71C notices and claims for an Amount Due,
This letter above is my CP71C response notice.
RRA'98 section 1203 (b)(6) and IRM section 6.751.1.1 addressing disciplinary matters related to false claims.
26 U.S.C. Subtitle F – Enforcement Regulations – not showing any implementing "Enforcement" regulations applicable to Title 26 and a CP71C notice.

IRS Non-Retaliation Policy

IRC Section 1203 and the Restructuring and Reformation Act of 1998 (RRA '98), created a statutory provision requiring termination of IRS employment for misconduct. Section 1203(a) provides that the Commissioner of the Internal Revenue shall terminate the employment of any employee of the Internal Revenue Service if there is a final administrative or judicial determination that such employee committed any act or omission described under subsection (b) in the performance of the employee's official duties. One of the acts described in subsection (b) is retaliation.

Section 1203 (b)(6) provides that:

Violations of the Internal Revenue Code of 1986, Department of Treasury regulations, or policies of the Internal Revenue Service (including the Internal Revenue Manual) for the purpose of retaliating against, or harassing, a taxpayer, taxpayer representative, or other employee of the Internal Revenue Service is an act or omission requiring termination.

IRM Section 6.751.1.1 addresses administrative disciplinary matters. Exhibit 6.751.1-1 is the Internal Revenue Service Guide for Penalty Determinations. Violations of RRA '98, Section 1203 (b)(6) is included in the Guide for Penalty Determinations. This Exhibit shows that the penalty for a First Offense for an RRA '98 1203 (b)(6) offense is removal.

9 of 9.





TAXE PERÇUE/ POSTAGE PAID

by: Edward E

The Pennsylvania Assembly Founded 1681
Foreign Office of Origin

Postage paid USPS International Mail Manual
742.1, 742.2 Private, Privilege, Confidential
For addressee only. Value oz. 99% Silver
Do not trespass or obstruct. 18 USC 1341,
18 USC 1692, 18 USC 1693, 18 USC 1701
18 USC 1702, 18 USC 1703, 18 USC 1708,
18 USC 1726, UPU 114 (2.2)

Non-Domestic, ZIP Exempt,
without the UNITED STATES

REGISTERED MAIL™
RE 018 222 215 US

Label 200, August (2005)          PSN 7690-02-000-9311

6.17.2021

Charles Paul Rettig
9750 Wilshire Blvd   Ste 300
Beverly Hills, CA  90212-3430

Edward
c/o 800 Court Street # 223
Reading, Pennsylvania  [Place]

| Received | Filed |
|---|---|
| 04/07/21 | 04/07/21 |

Edward Thomas Kennedy,

      Petitioner

      v.                                          Docket No. 4975-20

Commissioner of Internal Revenue

      Respondent

Letter dated March 28, 2021

**Exhibit**

3

**SERVED 06/22/21**

U.S.
RECEIVED

APR - 7 2021

Edward Thomas Kennedy
In care of 800 Court Street, Apartment 223
Reading, Pennsylvania, [19601]

March 28, 2021

United States Tax Court
Office of the Clerk of the Court
400 Second Street, NW
Washington, DC 20217
RE 244 085 107 US

*4975-20*

RE: Declaration of Status & Correction of Records

To Whom it Concerns,

I am writing to inform you that it has come to my attention that I was
presumed/assumed to hold a foreign citizenship status as a U.S. Citizen and/or a
citizen of the United States using my Given Name. I have since declared on
record that this is a mistake as I was unaware of the implications of being
associated with such a status in your system. I am in fact an American state
national living on the land of Pennsylvania and have willfully chosen to retain my
inherited status as a Pennsylvanian. As such I retain all rights and enforce the
constitutional guarantees that your organization is contracted to provide to the
states in Good Faith.

Please correct all your records created in my Given Name, Edward Kennedy
born October 25, 1953, and now living in care of 800 Court Street, Apartment
223, Reading, Pennsylvania that indicates either of these U.S. citizenships-
however, the name may be styled.

This includes but is not limited to tax rolls, voter registration rolls, Residency,
military, DNR, court cases, traffic tickets, or any other records associated with a
U.S. Citizen or citizen of the United States.

I rescind my signature from all State of Pennsylvania, Pennsylvania, STATE OF
PENNSYLVANIA or PENNSYLVANIA, COMMONWEALTH OF PENNSYLVANIA,
Commonwealth of Pennsylvania, and UN records that may indicate either U.S.
citizen statuses effective immediately for failure to properly disclose. Please
correct the mistake and make sure all records and forms show accordingly.
Thank you for your attention to this matter. Title 50, Sole Relief and
Remedy...and Mandatory Notice are enclosed.

Without prejudice, all rights reserved.

By: Edward Thomas Kennedy ©

**Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applicable to
all Successors and Assigns.**



3.28.2021



3.28.2021

## MANDATORY NOTICE
### Foreign Sovereign Immunities Act
### Sections 1605 and 1607
### NOTICE OF LIABILITY:18 USC 2333, 18 USC 1341 and 1342

This **MANDATORY NOTICE** is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and all **Municipal Appointees** including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES:

The vessels doing business as Edward Thomas Kennedy. and not limited to Edward T. Kennedy, Edward Kennedy, Kennedy, Edward Thomas, Edward Thomas **KENNEDY**, EDWARD THOMAS KENNEDY, EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity:  October 25,1953. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since October 25,1953.

These vessels are publishing **MANDATORY NOTICE** that they are Foreign Sovereigns from Pennsylvania a member State of The United States of America.  This is your **MANDATORY NOTICE** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with **MANDATORY NOTICE** that these vessels are **not subject** to Territorial or Municipal United States law and are owed **The Law of Peace**, Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this 23rd day of January, 2020 in Berks county, Pennsylvania state, The United States of America:

By: ......................................................... © Edward Thomas Kennedy

All Rights Reserved.  Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner.  The purpose for the notary is for verification and not for entrance into any foreign jurisdiction.

## Notary Witness and Acknowledgement

Pennsylvania State          )

Berks County               )

Today before me, a Commissioned Notary is the living man known to me to be Edward Thomas Kennedy and he did issue this MANDATORY NOTICE as shown and he also affirmed his testimony as shown before me this 23rd day of January in the year 2020, in Witness whereof I set my Signature and Seal:

.....................................................… Notary; my commission expires on:  may 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020

3.28.20



Case 2:21-cv-01964-WBS-CKD    Document 1-1    Filed 10/22/21    Page 22 of 30



RE 244 085 107 US

Label 200, August 2005

PSN 7690-03-000-8311

United Sthtes Tax Court

Office of the Clerk of the

400 Second Sthreet,

Washington, D C

The Pennsylvania Assembly
Foreign Office of Origin

**Exhibit**

4

Edward Thomas Kennedy©
Care of 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Code 19601

May 26, 2021

Bruce Kreutzer
Collection Field Group 24
1000 Liberty Avenue, Room 701
Pittsburgh, PA 15222-4107

Bruce Kreutzer, an Individual

Greetings,

Notice

**Commercial Liens Forthcoming.**

Debts - Attachment A Invoice - is past due.

Criminal Incident Report, Including Attachments/Invoices/, Mandatory Notice Foreign Sovereign
Immunities Act Notice of Liability, Cancellation of all Prior Powers of Attorney, and the Paramount
Claim of the Life and the estate of Edward Thomas Kennedy are attached, pending and/or enclosed.
Unlawful commercial lien authorized/signed by collection agent for Bruce Kreutzer is enclosed.

By: Edward R Kennedy ©
Without prejudice, all rights reserved.

Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals under
International Declaration; not subject to Representation nor Power of Attorney; not
subject to Alteration, not a British Copyright, not a Municipal Trademark.
Applicable to all Successors and Assigns.

1

se this addendum page to provide addition information as a continuation of Part V of the first page (1) of this form.

**Invoice** RE 018 222 215 US - BRUCE KREUTZER　　Past due

Fee Schedule recorded Recording #: Pa06-2021-2021000025, RE US 077 809 182 US and RE 077 809 165 US.
Fees are due and MUST be paid before business can commence.
**Debtor:** BRUCE KREUTZER .

1. Gross/breach of trust in violation of Commercial Service Contracts,
2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
3. False claims in Commerce,
4. Breach of trust,
5. Money laundering,
6. Securities fraud,
7. Gangstalking,
8. Semantic deceit,
9. Misrepresentation - misrepresentation for decades and preyed upon by the Pope's BAR Attorneys, European Allies, and Treaty Partners, who are in fact my employees and my Subcontractors,
10. Human traffickings,
11. False imprisonment,
12. Unlawful conversion of my assets, under the false presumption of a Public Trust interest that was invoked in 1933 by Franklin Delano Roosevelt upon the bankruptcy of the Roman Catholic Municipal Corporation doing business as "the" United States of America --- Incorporated,
13. False claims in Commerce, 14. Personage,
15. Barratry,
16. Identity theft,
17. Probate fraud,
18. Impersonation, misrepresentation, and deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
19. Impersonation schemes arbitrarly "conferred" U.S. Citizenship and Municipal "citizenship" of the United States on people, together with the obligations associated with those citizenships, without the knowledge or consent or full disclosure to the victims of this unhinged activity,
20. Conscription -- press-ganging and peonage or debt enslavement, privateering,
21. Inland piracy,
22. Racketeering under color of law,
23. Conspiracy against the Constitutions,
24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts,
25. Treason,

26. Criminal enterprises, a member of a criminal enterprise,
27. Geneva Convention Violations (Notice this is a Jail time crime)
28. Gross Trespass,
29. Federal Mail codes and conduct violations/ breach of Trust,
30. Confiscation of my private property to pay for public debts,
31. Unjust claims of tax, ✕ 2
32. Birth Certificate fraud, aka Dead Baby Scam,
33. Failure to present an injured, living party,
34. Theft of public funds,
35. Unlawful use of social security number,
36. Failure to honor/ no bond,
37. Failure to honor the oath of office,
38. Attempted extortion of autograph,
39. Unlawful use of trade name,
40. Lawful remedy § 7 TITLE 50, APPENDIX—WAR AND NATIONAL DEFENSE,
41. Unjust enrichment,
42. Insider trading,
43. Securitization of human flesh,
44. Bonding lawful persons,
45. Enforcement under color of law,
46. False legal presumptions,
47. Robbery under color of law,
48. Conspiracy,
49. Willful failure to file by office holder,
50. Pillaged and plundered my resources---including my forests, coal, gold and silver,
51. State of New York Fixture Lien filing number: 202104230141000, unlawful use of my name,
52. Schuylkill County, PA Fixture Lien filing number: 202000008480, unlawful use of my name,
53. Trespass on my land and soil as my Employee(s),
54. Commandeered assets and custodial powers never granted,
55. Failed due diligence and duty to support my actual Government in time of need,
56. With malicious intent, broke (most) major international laws and conventions on Earth,
57. Denied me access to my pre-paid credit account,
58. Invested my assets without permission.

**items indicated** See ABOVE Noted.
**times occurrences** 39　　　　　**TOTAL Fees Due** $39,000,000 00
**Date:** May 26, 2021

PAY to:

By Edward Thomas Kennedy　Seal
American State National

S.26.2021

60-302, Rev. February 14, 2021

17505

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 913-6050 | Serial Number 430660521 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  EDWARD KENNEDY

Residence          800 COURT ST APT 223
                   READING, PA 19601-4210

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040  | 12/31/2016 | XXX-XX-5450 | 03/06/2017 | 04/05/2027 | 52547.76 |
| 6702A | 12/31/2001 | XXX-XX-5450 | 05/05/2014 | 06/04/2024 | 6587.56 |
| 6702A | 12/31/2007 | XXX-XX-5450 | 10/31/2011 | 11/30/2021 | 7102.65 |
| 6702A | 12/31/2009 | XXX-XX-5450 | 06/12/2017 | 07/12/2027 | 5930.35 |
| 6702A | 12/31/2010 | XXX-XX-5450 | 06/19/2017 | 07/19/2027 | 5925.80 |
| 6702A | 12/31/2013 | XXX-XX-5450 | 07/24/2017 | 08/23/2027 | 5903.12 |
| 6702A | 12/31/2014 | XXX-XX-5450 | 06/12/2017 | 07/12/2027 |  |
| 6702A | 12/31/2014 | XXX-XX-5450 | 06/26/2017 | 07/26/2027 | 11851.62 |
| 6702A | 12/31/2015 | XXX-XX-5450 | 06/19/2017 | 07/19/2027 | 5925.80 |
| 6702A | 12/31/2016 | XXX-XX-5450 | 07/31/2017 | 08/30/2027 | 5898.61 |

| Place of Filing | Prothonotary Schuylkill County Pottsville, PA 17901 | Total $ 107673.27 |
|---|---|---|

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the ___03rd___ day of ___May___, ___2021___.

| Signature  *for B. KREUTZER* | Title REVENUE OFFICER (412) 404-9709 | 22-11-4133 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Edward Kennedy ©
c/o 800 Court Street
Apartment 223
Reading, Pennsylvania
private & confidential — open by Addressee only

BRUCE KREUTZER



Edward Thomas Kennedy©
Care of 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Code 19601

August 18, 2021

**BRUCE KREUTZER**
Collection Field Group 24
1000 Liberty Avenue, Room 701
Pittsburgh, PA 15222-4107

**BRUCE KREUTZER,** an Individual

Greetings,

Final Notice

**Commercial Liens Forthcoming vs BRUCE KREUTZER**

Debts - Attachment A Invoice - is past due.

Kindly REMOVE all the Liens placed by you against me in County of Schuylkill Prothonotary
without delay OR pay the enclosed lawful invoice - which is past due.

Criminal Incident Report, Including Attachments/Invoices/, Mandatory Notice Foreign Sovereign
Immunities Act Notice of Liability, Cancellation of all Prior Powers of Attorney, and the Paramount
Claim of the Life and the estate of Edward Thomas Kennedy are attached, pending, and/or enclosed.
Unlawful commercial lien authorized/signed by collection agent for Bruce Kreutzer is enclosed.

By: *Edward Thom Kennedy* ©
Without prejudice, all rights reserved.

Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals under
International Declaration; not subject to Representation nor Power of Attorney; not
subject to Alteration, not a British Copyright, not a Municipal Trademark.
Applicable to all Successors and Assigns.

**Exhibit**

5

1. ☒ **Gross Breach of Trust in violation of Commercial Service Contracts,**
2. ☐ Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
3. ☐ False claims in Commerce,
4. ☐ Breach of trust,
5. ☐ Money laundering,
6. ☐ Securities fraud,
7. ☐ Gangstalking,
8. ☐ Semantic deceit,
9. ☐ Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
10. ☐ Human trafficking,
11. ☐ False imprisonment,
12. ☐ Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
13. ☐ False claims in Commerce,
14. ☐ Personage,
15. ☐ Barratry,
16. ☐ Identity theft,
17. ☐ Probate fraud,
18. ☒ **Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,**
19. ☐ Impersonation schemes,
20. ☐ Conscription -- press-ganging and peonage or debt enslavement,
21. ☐ Inland piracy,
22. ☐ Racketeering under color of law,
23. ☐ Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
24. ☐ Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
25. ☐ Treason,
26. ☐ Criminal enterprise, member of a criminal enterprise,
27. ☐ Geneva Convention Violations,
28. ☐ Gross Trespass,
29. ☐ Federal Mail codes and conduct violations/ breach of Trust,
30. ☐ Confiscation of Edward's private property to pay for public debts,

31. ☒ Unjust claims of tax,
32. ☐ Birth Certificate fraud,
33. ☐ Failure to present an injured, living party,
34. ☐ Theft of public funds,
35. ☐ Unlawful use of social security number,
36. ☐ Failure to honor/ no bond,
37. ☐ Failure to honor the oath of office,
38. ☐ Attempted extortion of autograph,
39. ☐ Unlawful use of trade name,
40. ☐ Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
41. ☐ Unjust enrichment,
42. ☐ Insider trading,
43. ☐ Securitization of human flesh, Baptism bonds,
44. ☐ Bonding lawful persons,
45. ☐ Enforcement under color of law,
46. ☒ False legal presumptions,
47. ☐ Robbery under color of law,
48. ☐ Conspiracy,
49. ☐ Willful failure to file by office holder,
50. ☐ Pillaged and plundered Edward's resources---including forests, coal, gold and silver,
51. ☒ State of New York Fixture Lien, Filing number: 202104230141000,
52. ☒ Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
53. ☐ Trespass on land and soil,
54. ☐ Commandeered assets and custodial powers never granted,
55. ☐ Failed due diligence and duty to support Edward's actual Government in time of need,
56. ☐ With malicious intent, broke (most) major international laws and conventions on Earth,
57. ☐ Denied access to pre-paid credit account,
58. ☐ Invested Edward's assets without permission,
59. ☐ Commercial slavery,
60. ☐ Genocide, 18 USC 1091,
61. ☐ Privateering,
62. ☐ Executor de son tort,
63. ☐ Fraud by BAR Attorney,
65. ☐ Vatican contract, vicarious liability,
65. ☐ Other.

*Fee Schedules Recording #: Pa06-2021-2021000025, RE US 077 809 182 US and RE 077 809 165 US. Date: 8/1/2021*
*Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform on backpage.*
*Items indicated 6 Total Fees Due 24,000,000*
*Payment due within 15 days of Invoice date. Make all payments to:*
*Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.*

*Without Prejudice, all rights reserved. By: Edward Thoms Kennedy ©*

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases,** Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States,** Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act,** 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act,** Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act,** Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large,** Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

**The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.**

**Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.**

**There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.**

Edward Kennedy ©
c/o 800 Count Street # 223
Reading, Pennsylvania.

General Post-Office - private - 8/18/202 Open by Address
BRUCE KREUTZER

HARRISBURG PA 171
21 AUG 2021 PM 1 L

USA