# RETURN OF SERVICE

| | DATE 12/9/2021 Time: 4:15 PM |
|---|---|
| Service of the Summons and complaint was made by me (1) | |
| NAME OF SERVER (PRINT) DORIS WILLIAMS | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 800 Court St., #223 Reading, PA 19601

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 9, 2021
Date

Signature of Server: Doris Williams

Address of Server: 605 Railroad St, #387
Palmyra, PA 17078