UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:21-cv-01964 WBS CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| EDWARD T. KENNEDY, | |
| Defendant. | |

----oo0oo----

As of the date of this Order, the defendant is appearing pro se. Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge, Carolyn K. Delaney, for all further proceedings consistent with the provisions of the rule. The March 14, 2022 Scheduling Conference is vacated.

IT IS SO ORDERED.

Dated: December 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1