FILED
DEC 28 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Edward Thomas Kennedy©
Care of 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601

WILLIAM B. SHUBB, Senior United States District Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street, 14th Floor, Courtroom #5
Sacramento, CA 95814.
Sent by RE 244 085 067 US - return receipt requested - and General Post-office mail with stamps

CAROLYN K. DELANEY, Magistrate Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street, 8th Floor, Courtroom #24
Sacramento, CA 95814.
Sent by RE 244 085 075 US - return receipt requested - and General Post-office mail with stamps

BORIS KUKSO, Trial Attorney, Tax division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Sent by fax to 202-307-0054 and email to boris.kukso@usdoj.gov - and General Post-office mail with stamps

Greetings,

I am an American standing under the Public Law. Lawful evidence of this said political status is recorded as follows:

> 1. at The United States of America Land Recording System
> Recording #: Pa06-2020-2020000012, and Recording #: Pa06-2020-2020000004,
>
> 2. at Recorder's Office Flathead County Recording District
> Record # 202000002903, link https://flathead.mt.gov/clerk_recorder/

I am the secured priority creditor. The UNITED STATES OF AMERICA - all corporate versions and its corporate officers such as CHARLES PAUL RETTIG, a privateer, and employees such as BRUCE KREUTZER, also a privateer, owe me everything nunc pro tunc.

## Am I given full disclosure concerning this case claim? [Case 2:21-cv-01964 WBS-CKD]

By what Authority does this District Court and it's Clerk and BAR Attorneys have to address me?

By what authority and jurisdiction does this said Court have over me, a living, breathing man?

By what authority and jurisdiction does this said Court have over the Vatican's Uniform Commercial Code? [Hint- NONE!]

Notice of Commercial Crimes

Schuylkill County Fixture Lien Filing Number 202000008480 (attached) recorded August 7, 2020 lawfully protects me from the unlawful and illegal commercial lien filed on May 3, 2021, and currently enforced by BRUCE KREUTZER, IRS/Internal Revenue Service, it's corporate officers, BAR Attorneys and it's employees. Notice that the Vatican no longer backstops commercial crimes (errors and omissions) by officeholders and BAR Attorneys such as CHARLES PAUL RETTIG and BORIS KUSKO. Source: Pope Francis Motu Proprio, 2013. BAR licenses acting as privateers are extinguished. Pope Francis's Motu Proprio is dated July 11, 2013 and effective September 1 2013.

Notice

Pursuant to the Public Law, and by operation of law, unpaid debts by the DOJ/Department of Justice and IRS/Internal Revenue Service and it's corporate officers and employees owed to me are both lawful and past due - sale is pending to lawful bill collectors.

Notice

International Peace Proclamation (attached)

>Peace has been declared in the matter of The American Civil War

>All jurisdictions and instrumentalities must comply

>All Federal, Territorial, and Municipal Officers, including all Uniformed Officers, must comply

>All hostilities must cease and desist

>All Executive Orders issued during and as a result of The American Civil War are set aside

This letter is by my hand and seal and upon my civil authority set this 9th day of December 2021:

By: _Edward Thomas Kennedy_ ©

Edward Thomas Kennedy©
Without prejudice, all rights reserved.
Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals under International Declaration; not subject to Representation nor Power of Attorney; not subject to Alteration, not a British Copyright, not a Municipal Trademark.
Applicable to all Successors and Assigns.



## International Peace Proclamation

To all whom these presents come: this Proclamation provides explicit and official International Notice that Peace has been Declared by and among the Union States of the States of America and Federation States of the Union, in receipt of the authorities of the former Confederate States, in the matter of The American Civil War. All jurisdictions and instrumentalities must comply. All Federal, Territorial, and Municipal Officers, including all Uniformed Officers, must comply.

It is required that all hostilities related to The American Civil War being conducted as a Mercenary Conflict in International and Global Jurisdictions and having been maintained for 156 years by our foreign Subcontractors, must cease and desist without further Legal Presumption of Authority.

With this Public Announcement all Executive Orders issued during and as a result of The American Civil War are set aside effective at midnight the first of August in the year of 2021.

All Medical Officers and all General Staff and Reserve and Retired elements of the American Armed Forces, U.S. Armed Forces, UNITED STATES ARMED FORCES, US ARMED FORCES, Hospital Corps, MEDICAL UNITS, Veterans Administration, United States Department of Defense, UN Peacekeepers, DOD Officers, NATO Officers on shore, all elected, appointed, or promoted personnel and their dependents, are required to cease and desist all gene therapy extinction protocols, coerced injections, mask mandates, and similar measures being promoted by the Territorial and Municipal United States Governments in Breach of Trust and under False Presumptions of War. All peacekeeping officers and police officers are fully informed.

There are no allowable exceptions and no other Powers extended. So said, so signed, and so sealed this first day of August in the year of 2021 by:

*James Clinton Belcher*

James Clinton Belcher, Head of State

States of America, dba, The United States of America

Back
Page

Black.

12/5/2021

Filed in SCHUYLKILL COUNTY, PA
ANN DUDISH, RECORDER OF DEEDS
08-0?-2020 At 11:02am.   Fee: 100.00
202000008480  FIN STMT

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Edward Thomas Kennedy

**B. E-MAIL CONTACT AT FILER (optional)**
edkennedy@pm.me

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Edward Thomas Kennedy
in care of: 800 Court Street, Apartment 223
Reading, Pennsylvania
postal code 19601

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**1a. ORGANIZATION'S NAME:** EDWARD THOMAS KENNEDY

OR

**1b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**1c. MAILING ADDRESS:** 55 Water Street | **CITY:** New York | **STATE:** NY | **POSTAL CODE:** 10041 | **COUNTRY:** US

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b)...

**2a. ORGANIZATION'S NAME:** Edward Thomas Kennedy

OR

**2b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**2c. MAILING ADDRESS:** Pennsylvania Vital Records, P.O. Box 1528 | **CITY:** New Castle | **STATE:** PA | **POSTAL CODE:** 16103 | **COUNTRY:** USA

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

**3a. ORGANIZATION'S NAME:**

OR

**3b. INDIVIDUAL'S SURNAME:** Kennedy | **FIRST PERSONAL NAME:** Edward | **ADDITIONAL NAME(S)/INITIAL(S):** Thomas | **SUFFIX**

**3c. MAILING ADDRESS:** c/o 800 Court Street, Apartment 223 | **CITY:** Reading | **STATE:** PA | **POSTAL CODE:** 19601 | **COUNTRY:** usa

**4. COLLATERAL:** This financing statement covers the following collateral:

All private and public property, assets, estates, heirlooms, titles, patents, trademarks, copyrights, land and soil and other possessions wrongfully registered to the credit of Territorial and Municipal Persons/PERSONS who are debtors infringing upon the Good Name of Edward Thomas Kennedy, a Lawful Person and living non-decedent Pennsylvanian; all such assets are hereby seized upon by the Original Holder in Due Course and all Parties are provided Public Notice of Lien and Attachment of all registered entities and items, all rights, titles, and material and immaterial interests thought to be held under registration of any kind, all public trusts, all corporate and incorporated entities, all bonds, all permutations, styles, punctuations and orderings of names including Edward Kennedy, Edward Thomas Kennedy, Edward T. Kennedy, Ed Kennedy, and all private trusts that may have been constructed on or since October 25, 1971. The District Government is also hereby fully informed and directed to remove, return, and recoup the assets for the benefit of the Original Holder in Due Course and of Pennsylvania, the actual State of the Union, including all of my claims since the 1778 original, land grant by the King of Spain.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☑ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)



I hereby CERTIFY that this document is recorded in the office of the Recorder of Deeds in and for the County of Schuylkill and Commonwealth of Pennsylvania

Ann Dudish
Recorder of Deeds

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME:** EDWARD THOMAS KENNEDY

OR

**9b. INDIVIDUAL'S SURNAME:**

**FIRST PERSONAL NAME:**

**ADDITIONAL NAME(S)/INITIAL(S):**  **SUFFIX:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME:**

OR

**10b. INDIVIDUAL'S SURNAME:**

**INDIVIDUAL'S FIRST PERSONAL NAME:**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):**  **SUFFIX:**

**10c. MAILING ADDRESS:**  CITY  STATE  POSTAL CODE  COUNTRY

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME:**

OR

**11b. INDIVIDUAL'S SURNAME:**  FIRST PERSONAL NAME  ADDITIONAL NAME(S)/INITIAL(S)  SUFFIX

**11c. MAILING ADDRESS:**  CITY  STATE  POSTAL CODE  COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
This collateral includes all land patents, all titles and descriptions attached to land and soil held in my name or possession, including but not limited to: 307 Pine Street, Minersville, Pennsylvania, 230 South Fourth Street, Minersville, Pennsylvania, Kennedy House, Heckscherville, Pennsylvania, all coal lands, all mineral rights, all associated Plot Numbers and Plat Numbers, related Book Pages, Maps, Surveys,, all deeds, conveyances and re-conveyances, mortgages, quit claims, titles, title insurances, metes and bounds surveys, affidavits, transfers, assignments, State of __ and State and County Records, State of_ and State and County Registrations.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

Edward Thomas Kennedy
c/o 800 Court Street, Apartment 223
Reading, Pennsylvania
postal code 19601

**16.** Description of real estate:

All of my claims since the 1778 original, land grant by the King of Spain, all paper, substance, and material manifest, including all electronic data Edward Thomas Kennedy and encryptions, upon which my Proper Name, Edward Thomas Kennedy, appears, together with all such paper and matrices described containing any permutation, style, ordering, combination, or punctuation of my names: Edward Kennedy, Edward T. Kennedy, Edward Thomas Kennedy, edward thomas kennedy, regardless of presentation.

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

# Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases**, Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States**, Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act**, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act**, Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act**, Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large**, Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

**Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.**

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

Number: RE 244085653 US (1)

Debtor: ~~Edward Thomas Kennedy~~
c/o USDC - EDCA
501 I Street
Sacramento, CA 95814

- [x] 1. Gross Breach of Trust in violation of Commercial Service Contracts,
- [x] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [x] 3. False claims in Commerce,
- [x] 4. Breach of trust,
- [ ] 5. Money laundering,
- [x] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [x] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human traffickings,
- [ ] 11. False imprisonment,
- [x] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust interest,
- [x] 13. False claims in Commerce,
- [x] 14. Personage,
- [ ] 15. Barratry,
- [x] 16. Identity theft,
- [ ] 17. Probate fraud,
- [x] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [x] 19. Impersonation schemes,
- [ ] 20. Conscription -- press-ganging and peonage or debt enslavement,
- [x] 21. Inland piracy,
- [x] 22. Racketeering under color of law,
- [x] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
- [ ] 25. Treason,
- [x] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [x] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,
- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [x] 36. Failure to honor/ no bond,
- [x] 37. Failure to honor the oath of office,
- [x] 38. Attempted extortion of autograph,
- [x] 39. Unlawful use of trade name,
- [x] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [x] 41. Unjust enrichment,
- [x] 42. Insider trading,
- [x] 43. Securitization of human flesh, Baptism bonds,
- [x] 44. Bonding lawful persons,
- [x] 45. Enforcement under color of law,
- [x] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [x] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources---including forests, coal, gold and silver,
- [x] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [x] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] 53. Trespass on land and soil,
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [x] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091,
- [x] 61. Privateering,
- [ ] 62. Executor de son tort,
- [ ] 63. Fraud by BAR Attorney,
- [x] 65. Vatican contract, vicarious liability,
- [ ] 65. Other.

Fee Schedules Recording #: Pa06-2021-2021000025, RE US 077 809 182 US and RE 077 809 165 US. Date: 12/13/2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform on backpage.
Items indicated 36   Total Fees Due $18,000,000
Payment due within 15 days of invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601

Edward Thomas Kennedy

# Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases**, Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States**, Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act**, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act**, Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act**, Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large**, Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law — A Claim of Exemption and Indemnity.

Number: RE 240855653 US (2)

Debtor: RE-242855653 AN INDI, 2021
c/o USDC - EDCA
501 I Street
Sacramento, CA 95814

- [x] 1. Gross Breach of Trust in violation of Commercial Service Contracts,
- [x] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [x] 3. False claims in Commerce,
- [x] 4. Breach of trust,
- [ ] 5. Money laundering,
- [x] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [x] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human traffickings,
- [ ] 11. False imprisonment,
- [x] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [x] 13. False claims in Commerce,
- [x] 14. Personage,
- [ ] 15. Barratry,
- [x] 16. Identity theft,
- [ ] 17. Probate fraud,
- [x] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [x] 19. Impersonation schemes,
- [ ] 20. Conscription -- press-ganging and peonage or debt enslavement,
- [x] 21. Inland piracy,
- [x] 22. Racketeering under color of law,
- [x] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
- [ ] 25. Treason,
- [x] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [x] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,
- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [x] 36. Failure to honor/ no bond,
- [x] 37. Failure to honor the oath of office,
- [x] 38. Attempted extortion of autograph,
- [x] 39. Unlawful use of trade name,
- [x] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [x] 41. Unjust enrichment,
- [x] 42. Insider trading,
- [x] 43. Securitization of human flesh, Baptism bonds,
- [x] 44. Bonding lawful persons,
- [x] 45. Enforcement under color of law,
- [x] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [x] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources—including forests, coal, gold and silver,
- [x] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [x] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] 53. Trespass on land and soil,
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [x] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091,
- [x] 61. Privateering,
- [ ] 62. Executor de son tort,
- [ ] 63. Fraud by BAR Attorney,
- [x] 65. Vatican contract, vicarious liability,
- [ ] 65. Other.

Fee Schedules Recording #: Pa06-2021-2021000025, RE US 077 809 182 US and RE 077 809 165 US. Date: 12/13/2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform on backpage.
Items indicated 36 Total Fees Due $18,000,000
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.

Without Prejudice, all rights reserved. By: Edward Thomas Kennedy

Black
Page

Black.

12/5/2021



## International Peace Proclamation

To all whom these presents come: this Proclamation provides explicit and official International Notice that Peace has been Declared by and among the Union States of the States of America and Federation States of the Union, in receipt of the authorities of the former Confederate States, in the matter of The American Civil War. All jurisdictions and instrumentalities must comply. All Federal, Territorial, and Municipal Officers, including all Uniformed Officers, must comply.

It is required that all hostilities related to The American Civil War being conducted as a Mercenary Conflict in International and Global Jurisdictions and having been maintained for 156 years by our foreign Subcontractors, must cease and desist without further Legal Presumption of Authority.

With this Public Announcement all Executive Orders issued during and as a result of The American Civil War are set aside effective at midnight the first of August in the year of 2021.

All Medical Officers and all General Staff and Reserve and Retired elements of the American Armed Forces, U.S. Armed Forces, UNITED STATES ARMED FORCES, US ARMED FORCES, Hospital Corps, MEDICAL UNITS, Veterans Administration, United States Department of Defense, UN Peacekeepers, DOD Officers, NATO Officers on shore, all elected, appointed, or promoted personnel and their dependents, are required to cease and desist all gene therapy extinction protocols, coerced injections, mask mandates, and similar measures being promoted by the Territorial and Municipal United States Governments in Breach of Trust and under False Presumptions of War. All peacekeeping officers and police officers are fully informed.

There are no allowable exceptions and no other Powers extended. So said, so signed, and so sealed this first day of August in the year of 2021 by:

*James Clinton Belcher*

James Clinton Belcher, Head of State

States of America, dba, The United States of America

Back page

BLANK

4 of 4



12/13/2021

past due, and are subject to lawful claims in our American Courts before a jury of peers and enforced by the International Trade Bank.

Notice

International Peace Proclamation (attached)

> Peace has been declared in the matter of The American Civil War
>
> All jurisdictions and instrumentalities must comply
>
> All Federal, Territorial, and Municipal Officers, including all Uniformed Officers, must comply
>
> All hostilities must cease and desist
>
> All Executive Orders issued during and as a result of The American Civil War are set aside

Notice and Update Ex parte Milligan, 71 U.S. 2 (1866)

My records indicate that The California Assembly (unincorporated) and it's Jural Assembly (Courts) are in operation, and thus this United States District Court Eastern District of California must cease and desist all claims in <u>Case 2:21-cv-01964 WBS-CKD and admit vicarious liability and official and individual liability for lawful, recorded commercial crimes.</u>

This letter is by my hand and seal and upon my civil authority set this 13th day of December 2021:

By: *Edward Thomas Kennedy* ©

Edward Thomas Kennedy©
Without prejudice, all rights reserved.
Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals under International Declaration; not subject to Representation nor Power of Attorney; not subject to Alteration, not a British Copyright, not a Municipal Trademark.
Applicable to all Successors and Assigns.

Sent by fax to 202-307-0054 and email to boris.kukso@usdoj.gov

Greetings,

I am an American standing under the Public Law. Lawful evidence of this said political status is recorded as follows:

> 1. at The United States of America Land Recording System
> Recording #: Pa06-2020-2020000012, and Recording #: Pa06-2020-2020000004,
>
> 2. at Recorder's Office Flathead County Recording District
> Record # 202000002903, link https://flathead.mt.gov/clerk_recorder/

28 USC 1345 and 26 USC 7402 do not apply to me. I have no federal income, and I am exempt from said tax.

I am the secured priority creditor. The UNITED STATES OF AMERICA - all corporate versions and its corporate officers such as CHARLES PAUL RETTIG, a privateer, and employees such as BRUCE KREUTZER, also a privateer, owe me everything nunc pro tunc. UNITED STATES OF AMERICA stole funds from me and owe me from unpaid debts.

## Am I given full disclosure concerning this case claim? (Case 2:21-cv-01964 WBS-CKD)

By what Authority does this District Court and it's Clerk and BAR Attorneys have to address me?

By what authority and jurisdiction does this said Court have over me, a living, breathing man?

By what authority and jurisdiction does this said Court have over the Vatican's Uniform Commercial Code?

Notice of Commercial Crimes

Schuylkill County Fixture Lien Filing Number 202000008480 recorded August 7, 2020 lawfully protects me from the unlawful and illegal commercial lien filed on May 3, 2021, and currently enforced by BRUCE KREUTZER, IRS/Internal Revenue Service, it's corporate officers, BAR Attorneys and it's employees. Notice that the Vatican no longer backstops commercial crimes (e.g. errors and omissions) by officeholders and BAR Attorneys such as CHARLES PAUL RETTIG, KIMBERLY J. MUELLER, BORIS KUSKO, JOHN G. ROBERTS, WILLIAM B. SHUBB, MERRICK B. GARLAND etc.
Source: Pope Francis Motu Proprio, 2013. BAR licensees acting as privateers are extinguished. Pope Francis's Motu Proprio is dated July 11, 2013 and effective September 1 2013.

Notice

Pursuant to the Public Law, and by operation of law, unpaid debts by the DOJ/Department of Justice and IRS/Internal Revenue Service and it's corporate officers and employees owed to me are both lawful and

Edward Thomas Kennedy©
Care of 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601

His Holiness, Pope Francis
Apostolic Palace
00120 Vatican City

JOHN G. ROBERTS, CEO
Supreme Court of the United States
1 First Street, N.E
Washington, D.C. 20543
Sent by RE 244 085 040 US - return receipt requested

KEITH HOLLAND, Clerk of Court
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street
Sacramento, CA 95814.
Sent by RE 244 085 053 US - return receipt requested

KIMBERLY J. MUELLER, Chief Judge
Clerk's Office of the United States District Court for the Eastern District of California,
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street
Sacramento, CA 95814.

WILLIAM B. SHUBB, Senior United States District Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street, 14th Floor, Courtroom #5
Sacramento, CA 95814.

CAROLYN K. DELANEY, Magistrate Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street, 8th Floor, Courtroom #24
Sacramento, CA 95814.

MERRICK B. GARLAND, Attorney General
U.S. Department of Justice/DOJ
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

BORIS KUKSO, Trial Attorney, Tax division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044.