DAVID A. HUBBERT
Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD T. KENNEDY,<br><br>　　　　Defendant. | Case No. 2:21-cv-1964-WBS-CKD<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EDWARD T. KENNEDY** |

　　　　I, Boris Kukso, pursuant to 28 U.S.C. § 1746 hereby declare that:

1. I am a trial attorney with the United States Department of Justice, Tax Division, located in Washington D.C. I have been assigned to the above-captioned matter and am in possession of the Department of Justice files concerning this matter.

2. The process server the Department of Justice retained in this case informed me that Defendant EDWARD T. KENNEDY was personally served on December 9, 2021 at his residence at 800 Court St., #223, Reading, PA 19601. I received the affidavit of service from the process server and filed it as ECF No. 5.

3. On December 12, 2021, the process server informed me that Defendant mailed her an "invoice" related to this case. A true and correct copy of the mail shared with me and addressed to the process server is attached as Ex. 1.

1

4. I have received faxed copies of the "notices" filed as ECF Nos. 6 and 8. Other than the faxes, I have had no communications from Defendant and no indication that he intends to answer or otherwise defend this action.

5. Based on public records searches, Defendant is not an infant or an incompetent person or an active-duty member of the Uniformed Services. On January 24, 2022, I searched the database on the Department of Defense Official Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine if Defendant is an active-duty member who may be subject to the Service Members Civil Relief Act (SCRA). The search indicated that Defendant is not an active-duty member of the Uniform Services. A true and correct copy of the report issued by the DoD Manpower Data Center is attached hereto as Ex. 2.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2022.

                                    */s/ Boris Kukso*
                                    BORIS KUKSO
                                    Trial Attorney, Tax Division