

Exhibit 1

# Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases**, Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States**, Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act**, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act**, Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act**, Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large**, Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law — A Claim of Exemption and Indemnity.

RE 244 085 040 US HALTOM
**INVOICE/TRUE BILL** Number: [?:21-cv-01964 WBS-CKD]
519 Muhlenberg Street
Reading, PA 19605

- ☒ 1. Gross Breach of Trust in violation of Commercial Service Contracts,
- ☒ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- ☒ 3. False claims in Commerce,
- ☒ 4. Breach of trust,
- ☐ 5. Money laundering,
- ☐ 6. Securities fraud,
- ☐ 7. Gangstalking,
- ☒ 8. Semantic deceit,
- ☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- ☐ 10. Human traffickings,
- ☐ 11. False imprisonment,
- ☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- ☒ 13. False claims in Commerce,
- ☒ 14. Personage,
- ☐ 15. Barratry,
- ☒ 16. Identity theft,
- ☐ 17. Probate fraud,
- ☒ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- ☒ 19. Impersonation schemes,
- ☐ 20. Conscription -- press-ganging and peonage or debt enslavement,
- ☒ 21. Inland piracy,
- ☒ 22. Racketeering under color of law,
- ☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- ☒ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
- ☐ 25. Treason,
- ☒ 26. Criminal enterprise, member of a criminal enterprise,
- ☐ 27. Geneva Convention Violations,
- ☒ 28. Gross Trespass, X 2
- ☐ 29. Federal Mail codes and conduct violations/ breach of Trust,
- ☐ 30. Confiscation of Edward's private property to pay for public debts,
- ☐ 31. Unjust claims of tax,
- ☐ 32. Birth Certificate fraud,
- ☐ 33. Failure to present an injured, living party,
- ☐ 34. Theft of public funds,
- ☐ 35. Unlawful use of social security number,
- ☐ 36. Failure to honor/ no bond,
- ☐ 37. Failure to honor the oath of office,
- ☐ 38. Attempted extortion of autograph,
- ☒ 39. Unlawful use of trade name,
- ☒ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- ☒ 41. Unjust enrichment,
- ☐ 42. Insider trading,
- ☐ 43. Securitization of human flesh, Baptism bonds,
- ☐ 44. Bonding lawful persons,
- ☒ 45. Enforcement under color of law,
- ☒ 46. False legal presumptions,
- ☐ 47. Robbery under color of law,
- ☐ 48. Conspiracy,
- ☐ 49. Willful failure to file by office holder,
- ☐ 50. Pillaged and plundered Edward's resources—including forests, coal, gold and silver,
- ☒ 51. State of New York Fixture Lien, Filing number: 2021042301410000,
- ☒ 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- ☒ 53. Trespass on land and soil,
- ☐ 54. Commandeered assets and custodial powers never granted,
- ☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- ☒ 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- ☐ 57. Denied access to pre-paid credit account,
- ☐ 58. Invested Edward's assets without permission,
- ☐ 59. Commercial slavery,
- ☐ 60. Genocide, 18 USC 1091,
- ☒ 61. Privateering,
- ☒ 62. Executor de son tort,
- ☐ 63. Fraud by BAR Attorney,
- ☐ 65. Vatican contract, vicarious liability,
- ☒ 65. Other. DORES WILLIAMS (AND) X 66 or — KELLY McCAIN

Fee Schedules Recording #: Pa06-2021-2021000025, RE US 077 809 182 US and RE 077 809 165 US. Date: 12/9/2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform on backpage.
Items indicated 28 Total Fees Due $14,000,000
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.

Without Prejudice, all rights reserved. By: Edward Thomas Kennedy ©