DAVID A. HUBBERT
Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-1964-WBS-CKD |
| Plaintiff, | **NOTICE OF AND MOTION FOR DEFAULT JUDGMENT** |
| v. | Date: Wednesday, April 27, 2022 |
| | Time: 10:00 AM |
| EDWARD T. KENNEDY, | Courtroom #24, 8th Floor |
| | Robert T. Matsui Courthouse |
| Defendant. | 501 I Street, Sacramento, CA 95814 |
| | Judge: Hon. Carolyn K. Delaney |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the date and time indicated above, plaintiff the United States of America will bring a motion FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDWARD T. KENNEDY.

Pursuant to General Order 631, the hearing will take place by video conferencing through the Zoom application.

PLEASE TAKE NOTICE that, pursuant to Local Rule 230, any opposition to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date. **No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely**

1

**filed by that party**. A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion.

## MOTION

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 302(c) the United States of America hereby moves for default judgment against Defendant Mr. EDWARD T. KENNEDY (Kennedy).

The United States filed this action to nullify a false lien Kennedy filed against the IRS Commissioner and to enjoin any further such false filings, which he has threatened against other IRS officers. ECF No.1. The summons and complaint were personally served on Defendant on December 9, 2021, at his residence at 800 Court St., #223, Reading, PA 19601. Kukso Decl. ¶ 2, ECF No. 5. The clerk entered Kennedy's default on March 7, 2022. ECF No. 12.

This motion is supported by the Memorandum and the Declarations of IRS Commissioner Charles P. Rettig and IRS Revenue Officer Bruce Kreutzer, attached hereto.

WHEREFORE, the United States requests that this Court enter default judgment against Kennedy and order that:

A. The UCC Financing Statement, File #U210080802220, filed on 9/1/2021 with the California Secretary of State, is null, void, and of no legal effect and that the record of this filing be expunged and removed from the public record;

B. The United States may file any order or judgment obtained in the present case with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to the False Lien may have been filed by Kennedy;

C. Kennedy, his agents, employees, and all others in active concert or participation with him are enjoined from filing, or attempting to file, any document or instrument, which (1) purports to

create a nonconsensual lien against the property of any federal officer or employee, or which (2) contains any personal information (such as the social security number or the residence address) of any federal officer or employee.

Dated: March 29, 2022.

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        */s/ Boris Kukso*
        BORIS KUKSO
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-353-1857 (v)
        202-307-0054 (f)
        Boris.Kukso@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this March 29, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and, on the same date, caused the same document to be mailed by United States Postal Service to the following:

Edward Kennedy
800 Court St., #223
Reading, PA 19601

                                         */s/ Boris Kukso*
                                         BORIS KUKSO
                                         Trial Attorney
                                         United States Department of Justice, Tax Division