DAVID A. HUBBERT
Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-1964-WBS-CKD |
| Plaintiff, | |
| v. | **DECLARATION OF IRS COMMISSIONER CHARLES P. RETTIG** |
| EDWARD T. KENNEDY, | |
| Defendant. | |

I, Charles P. Rettig, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am the duly appointed Commissioner of Internal Revenue, with a post of duty in Washington, DC. I have served as Commissioner of Internal Revenue since October 1, 2018. I have personal knowledge of the representations made herein.

2. On September 3, 2021, via regular mail, I received at my home address a copy of the UCC Financing Statement filed by Edward Thomas Kennedy on September 1, 2021, with the California Secretary of State (File Number U210080802220).

3. I am not personally acquainted with Edward Thomas Kennedy and have not had any contact or relationship with him. I have not engaged in any contract, security agreement, or personal transaction with Edward Thomas Kennedy and do not owe money to him. There is no legitimate reason for Edward Thomas Kennedy to impose a lien on my personal property.

1

4.       I presume that Edward Thomas Kennedy is engaged in a dispute with the Internal Revenue Service. To the extent that such a dispute exists, I have not had any involvement in any capacity in that dispute.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2022.

Charles P. Rettig
Digitally signed by Charles P. Rettig
Date: 2022.02.03 16:46:19 -05'00'

**CHARLES P. RETTIG**