DAVID A. HUBBERT
Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-cv-1964-WBS-CKD |
| Plaintiff, ) | |
| v. ) | **DECLARATION OF IRS REVENUE OFFICER BRUCE KREUTZER** |
| EDWARD T. KENNEDY, ) | |
| Defendant. ) | |

I, BRUCE KREUTZER pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am the duly appointed IRS Revenue Officer, with a post of duty in Pittsburgh, PA. I have personal knowledge of the representations made herein.

2. As part of my official duties, I was assigned to collect Edward Kennedy's outstanding tax liabilities. On or about May 3, 2021, a Notice of Federal Tax Lien (NFTL) naming Mr. Kennedy as a delinquent taxpayer was filed at the Schuylkill County Prothonotary, in Pottsville, Pennsylvania,

3. On or about June 3, 2021, via regular mail, I received at my home address a letter from Mr. Kennedy threatening that a commercial lien would be filed against me.

4. I am not personally acquainted with Mr. Kennedy and have not had any contact or relationship with him other than in my official capacity as the Revenue Officer. I have not

1

engaged in any contract, security agreement, or personal transaction with Mr. Kennedy and do not owe money to him. There is no legitimate reason for Mr. Kennedy to impose a lien on my personal property.

5. The threats of possible lien filings against me have caused me to experience distress and anxiety. For example, I am concerned that such lien filings may have a negative impact on my credit record and my ability to obtain credit.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 28, 2022

_____
BRUCE KREUTZER
IRS Revenue Officer