DAVID A. HUBBERT
Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD T. KENNEDY,<br><br>Defendant. | Case No. 2:21-cv-1964-WBS-CKD<br><br>**CERTIFICATE OF SERVICE OF ORDER VACATING HEARING AND ORDER TO RESPOND** |

I hereby certify that on April 19, 2022, I caused the Court's ORDER VACATING HEARING AND ORDER TO RESPOND Dated April 18, 2022 (ECF No.15) to be mailed by United States Postal Service to the following:

Edward Kennedy
800 Court St., #223
Reading, PA 19601

                                              */s/ Boris Kukso*
                                              BORIS KUKSO
                                              Trial Attorney
                                              United States Department of Justice, Tax Division

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | | |
| 11 | UNITED STATES OF AMERICA, | No. 2:21-cv-01964-WBS-CKD |
| 12 | Plaintiff, | ORDER VACATING HEARING AND ORDER TO RESPOND |
| 13 | v. | |
| 14 | EDWARD T. KENNEDY, | |
| 15 | Defendant. | |

Presently pending before the court is plaintiff's motion for default judgment, which is set for hearing on May 4, 2022.[1] (ECF No. 13.) Pursuant to Local Rule 230(c), defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the motion's filing, i.e., by April 12, 2022. (See ECF No. 14.) That deadline has now passed with no opposition or statement of non-opposition from defendant.

Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendant one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 4, 2022 hearing on plaintiff's motion for default judgment is VACATED. The court takes this matter under submission on the papers without oral argument,

---

[1] The motion was originally improperly noticed for hearing on April 27, 2022 and was reset by the court.

1

      pursuant to Local Rule 230(g). The court will reschedule a hearing at a future date, if necessary;

2. Defendant's opposition shall be filed no later than April 27, 2022, and plaintiff's optional reply brief is due May 11, 2022;

3. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against defendant; and

4. Plaintiff shall promptly serve a copy of this order on defendant at his last-known address, and file a proof of service.

Dated: April 18, 2022

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19.kenn.1964

2