DAVID A. HUBBERT
Deputy Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:21-cv-1964-WBS-CKD |
| | ) |
| Plaintiff, | ) **UNITED STATES' REQUEST FOR** |
| | ) **STATUS CONFERENCE OR** |
| v. | ) **HEARING ON MOTION FOR** |
| | ) **DEFAULT JUDGMENT** |
| EDWARD T. KENNEDY, | ) |
| | ) |
| Defendant. | ) |

The United States hereby notifies the Court that Defendant Kennedy has filed another false UCC Financing Statement against the IRS Commissioner; the United States also respectfully requests that the Court set a status conference or a hearing on the currently pending Motion for Default Judgment. ECF No. 13.

The United States filed this action to nullify a false lien Kennedy filed against the IRS Commissioner Charles P. Rettig and to enjoin any further such false filings Kennedy threatened to make against other IRS employees. ECF No. 1. Kennedy did not respond to the Complaint and did not respond to the United States' Motion for Default Judgement. On April 18, 2022, the

Court took the Motion for Default Judgment under submission without oral argument. ECF No. 15.

Kennedy was notified of this case and chose not to participate in this suit. However, on July 6, 2022, Kennedy filed another false UCC Financing Statement with the Secretary of State, naming Charles P. Rettig as debtor. See Ex. 1.[1] Kennedy filed this new false UCC lien <u>after</u> being served with the summons and complaint, and <u>after</u> the Motion for Default Judgment was briefed and pending.

The United States hereby notifies the Court of this additional false UCC lien filing, and respectfully requests a status conference or a hearing on the Motion for Default Judgment so that the United States can provide any additional information the Court may require to reach its decision.


Dated: August 31, 2022

                    DAVID A. HUBBERT
                    Deputy Assistant Attorney General

                    */s/ Boris Kukso*
                    BORIS KUKSO
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    P.O. Box 683
                    Washington, D.C.  20044
                    202-353-1857 (v)
                    202-307-0054 (f)
                    Boris.Kukso@usdoj.gov

---

[1] The UCC Financing Statement is also available via Secretary of State web at https://bizfileonline.sos.ca.gov/search/ucc

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, I caused the Court's **UNITED STATES' REQUEST FOR STATUS CONFERENCE OR HEARING ON MOTION FOR DEFAULT JUDGMENT** to be mailed by United States Postal Service to the following:

Edward Kennedy
800 Court St., #223
Reading, PA 19601

*/s/ Boris Kukso*
BORIS KUKSO
Trial Attorney
United States Department of Justice, Tax Division