

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220207817931
Date Filed: 7/6/2022

| Submitter Information: | |
|---|---|
| Contact Name | Edward Kennedy, all rights reserved, without prejudice |
| Organization Name | |
| Phone Number | (415) 275-1244 |
| Email Address | pillarofpeace2012@gmail.com |
| Address | None |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| Charles P Rettig | 9150 Wilshire Blvd<br>Ste 300<br>Beverly Hills, CA 90212 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| Edward Kennedy | 800 Court Street<br>223<br>Reading, PA 19601 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
FEE SCHEDULE Recorded Recording #: Pa06-2021-2021000025
RE 244 085 288  US - delivered to the Vatican
RE 244 085 257 US - delivered to the Queen
RE018222215US - delivered March 22, 2021 in BEVERLY HILLS, CA 90212.
RE018222232US  - delivered March 23, 2021 in HOLTSVILLE, NY 11742.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:
☐ Order a Search to Reflect

**Exhibit 1**