UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cv-01964-WBS-CKD |
| Plaintiff, | ORDER |
| v. | (ECF Nos. 13, 19) |
| EDWARD T. KENNEDY, | |
| Defendant. | |

On September 12, 2022, the magistrate judge filed findings and recommendations (ECF No. 19), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are ADOPTED IN FULL;
2. Plaintiff's motion for default judgment (ECF No. 13) is GRANTED;

1

3.  Judgment is entered in favor of the United States and against defendant Edward T. Kennedy;

4.  The UCC Financing Statement, Filing Number U210080802220, filed on September 1, 2021 with the California Secretary of State, is declared null, void, and of no legal effect, and the California Secretary of State is directed to expunge and remove the record of this filing from the public record;

5.  The United States is permitted to file any order or judgment obtained in the present case with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to the above UCC Financing Statement may have been filed by defendant Edward T. Kennedy;

6.  Defendant Edward T. Kennedy, his agents, employees, and all others in active concert or participation with him are hereby permanently enjoined from filing, or attempting to file, any document or instrument, which purports to create a nonconsensual lien against the property of any federal officer or employee; and

7.  The Clerk of Court is directed to close this case.

Dated:  October 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE