## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

CASE NO: **2:21−CV−01964−WBS−CKD**

v.

**EDWARD T. KENNEDY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/5/2022**

**Keith Holland**
Clerk of Court

ENTERED: **October 5, 2022**

by: /s/ C. Perdue
Deputy Clerk