UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Case 2:21-cv-01964 WBS-CKD
Plaintiff UNITED STATES OF AMERICA
Defendant EDWARD T. KENNEDY



**FILED**

OCT 17 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Edward Kennedy©
In care of 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Code 19601

KEITH HOLLAND, Clerk of Court
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
501 I Street
Sacramento, CA 95814.
Sent by regular mail (USPS tracked) and by RE 077 810 716 US  (return receipt requested)

ANGELA D. CAESAR, Clerk of Court
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue N.W.
Washington D.C 20001
Sent by priority mail (USPS tracked) and regular mail

BORIS KUKSO, BAR Attorney  CALIFORNIA #268613, Trial Attorney,  Tax division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Sent by fax 202-307-0054 and email: boris.kukso@usdoj.gov

Pope Francis, doing business as FRANCISCUS
c/o Christophe Pierre, Papal Representative Nuncio
Apostolic Nunciature
3339 Massachusetts Ave NW
Washington, DC 20008-3610
Sent by email nuntiususa@nuntiususa.org and by fax: (202) 337-4036

Greetings:

**Order of Removal/Notice of Removal.**

Re UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Re: Case 2:21-cv-01964 WBS-CKD
Plaintiff UNITED STATES OF AMERICA

Alleged Defendant EDWARD T. KENNEDY

I am an American standing under the Public Law. Lawful evidence of this said political status is recorded as follows:

> 1. at The United States of America Land Recording System
> Recording    #:    Pa06-2020-2020000012,    and    Recording    #:
> Pa06-2020-2020000004,

> 2. at Recorder's Office Flathead County Recording District
> Record # 202000002903, link https://flathead.mt.gov/clerk_recorder/

I hereby order to move the entire Case 2:21-cv-01964 WBS-CKD file including exhibits of said case to the United States District Court for the District of Columbia. 333 Constitution Avenue N.W. Washington D.C. 20001.

Attention Clerk Angela D. Caesar, Clerk of Court
Telephone: Clerk's Office (Main): (202) 354-3000

This letter is by my hand and seal and upon my civil authority set this 3rd day of October 2022.

By: _____ _Edumd Romns Kennedy_ _____ ©

Edward Thomas Kennedy©
Without prejudice, all rights reserved.

Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals under International Declaration; not subject to Representation nor Power of Attorney; not subject to Alteration, not a British Copyright, not a Municipal Trademark. Applicable to all Successors and Assigns.



UNITED STATES POSTAL SERVICE
REGISTERED MAIL™

RE 077 810 716 US

Label 200, August 2005

PSN 7690 C3

To: KEITH HOLLAND, clerk of for
U.(LASKA District Court - Eastern Dub, 9
of California
501 I Street
Sacramento CA 95814

10/13/2022

TO: KEITH HOLLARD, CLERK
USDC - EDCA
501 I Street
Sacramento CA 95814

X

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

9590 9402 6559 1028 1376 87

2. Article Number (Transfer from service label)
RE 077 810 716 US

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:          ☐ No

☐ Agent
☐ Addressee

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

lumd faxed by ⑥
D Court Sheet # 225
rs, Penny Visair
(Extension to Re 1960)