FILED

OCT 19 2022



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Case 2:21-cv-01964 WBS-CKD
Plaintiff UNITED STATES OF AMERICA
Defendant EDWARD T. KENNEDY

Edward Kennedy©
In care of 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Code 19601

KEITH HOLLAND, Clerk of Court
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
501 I Street
Sacramento, CA 95814.
Sent by regular mail (USPS tracked) and by RE 077 810  716 US  (return receipt requested)

ANGELA D. CAESAR, Clerk of Court
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue N.W.
Washington D.C 20001
Sent by priority mail (USPS tracked) and regular mail

BORIS KUKSO, BAR Attorney  CALIFORNIA #268613, Trial Attorney,  Tax division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Sent by fax 202-307-0054 and email: boris.kukso@usdoj.gov

Pope Francis, doing business as FRANCISCUS
c/o Christophe Pierre, Papal Representative Nuncio
Apostolic Nunciature
3339 Massachusetts Ave NW
Washington, DC 20008-3610
Sent by email nuntiususa@nuntiususa.org and by fax: (202) 337-4036

Greetings:

**Order of Removal/Notice of Removal.**

Re UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Re: Case 2:21-cv-01964 WBS-CKD
Plaintiff UNITED STATES OF AMERICA

1



To: KEITH HOLLAND, Clerk of or
U.S. District Court - Saskan Dating
of California
501 I Street
Sacramento CA 95814

10/13/2022

Im̅ ad Kennedy ©
0 Court Sheet # 223
ns, Penmay 10 on it
1 Extension (R & 1960)

Domestic Return Receipt
PS Form 3811, July 2020 PSN 7530-02-000-9053

2. Article Number (Transfer from service label)
RE 077 810 716 US

9590 9402 6559 1028 1376 87

□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
(over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

3. Service Type

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:     □ No

B. Received by (Printed Name)    C. Date of Delivery

□ Agent
□ Addressee
X

1. Article Addressed to:
KEITH HOLLARD, CLERK
USD2 - EDCA
501 I Street
Sacramento CA 95814

■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

UNITED STATES POSTAL SERVICE
REGISTERED MAIL™

RE 077 810 716 US

Label 200, August 2005          PSN 7690-01