2: 21cv 1964 WBS CKD

**FILED**



**OCT 24 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

Edward Thomas Kennedy©
In care of: 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601

His Holiness, Pope Francis
Attention: CHRISTOPHE PIERRE, Apostolic Nunciature of the Holy See
3339 Massachusetts Ave NW,
Washington, DC 20008
Sent by fax 202 337 4036 and email nuntiususa@nuntiususa.org

RONALD L. DAVIS, Director
U.S. Marshall Service
1215 S. Clark St.
Arlington, VA 22202
Sent by mail and Priority Mail - Tracked and Insured

U.S. Marshal Office
Courthouse: Robert T. Matsui United States Courthouse and Federal Building
501 I Street, Suite 5600
Sacramento, CA 95814

JOHN G. ROBERTS, CEO
Supreme Court of the United States
1 First Street, N.E
Washington, D.C. 20543
[Notice delivered by RE 244 085 040 US - return receipt requested]

KEITH HOLLAND, Clerk of Court
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street
Sacramento, CA 95814
[Notice delivered Sent by RE 244 085 053 US - return receipt requested]
Sent by mail and Priority Mail - Tracked and Insured

KIMBERLY J. MUELLER, Chief Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street
Sacramento, CA 95814

Sent by mail and email to cschultz@caed.uscourts.gov and pandrews@caed.uscourts.gov

WILLIAM B. SHUBB, Senior United States District Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
Robert T. Matsui United States Federal Courthouse
501 I Street, 14th Floor, Courtroom #5
Sacramento, CA 95814
Sent by mail and email to kkirkseysmith@caed.uscourts.gov

CAROLYN K. DELANEY, Magistrate Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
501 I Street, 8th Floor, Courtroom #24
Sacramento, CA 95814
Sent by mail and email to lkennison@caed.uscourts.gov

MERRICK B. GARLAND, Attorney General
U.S. Department of Justice/DOJ
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

BORIS KUKSO, Trial Attorney, Tax division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044.
Sent by fax to 202-307-0054 and email to boris.kukso@usdoj.gov

Greetings,

<u>NOTICE OF A FELONY LEVEL CRIME OF STATE – (CAPITAL PUNISHMENT CRIME)
the highest level of crime that exists
BY PUBLIC OFFICIALS NAMED HEREIN plus Breach of Trust, Unlawful Conversion,
Personage, Inland Piracy, Press Ganging, Self enrichment, False Claims in Commerce
by Whatever the Plaintiff Is, and Capital Crimes under both the Geneva and Hague
Conventions.</u>

<u>Self-authenticating evidence of said crimes is Case 2:21-cv-01964 WBS-CKD Docket
File and "ORDER" signed by WILLIAM B. SHUBB</u>

I am an American in original jurisdiction and I'm not obligated to know or obey any foreign law pursuant to the 11th Amendment to the Constitutions. I am an American standing under the Public Law. Lawful evidence of this said political status is recorded as follows:

1. at The United States of America Land Recording System
Recording #: Pa06-2020-2020000012, and Recording #: Pa06-2020-2020000004,

2. at Recorder's Office Flathead County Recording District
Record # 202000002903, link https://flathead.mt.gov/clerk_recorder/

I am the injured party and am harmed and public officials named herein must pay me for unpaid debts. I am the secured priority creditor. The UNITED STATES OF AMERICA – all corporate versions and its corporate officers such as CHARLES PAUL RETTIG, a privateer, and employees such as BRUCE KREUTZER, also a privateer, owe me everything Nunc pro tunc. UNITED STATES OF AMERICA stole funds from me and public officials named herein owe me from unpaid debts.

The Holy See, the Vatican, and the Pope's Municipal and Territorial Government service corporations pursuant to the Global Estate Trust, the Organic Law of America, Treaty Law, the three Constitutions and the treaties under the Constitutions, International Law, the Public Law of America, and Ecclesiastical (church) Law, said corporations and legal persons named herein, and especially CHARLES PAUL RETTIG, owe me as the Secured Party Priority Creditor access to my Mutual Offset Credit Exchange account.

It is my public duty to enforce the Public Law. I am the General Public.

I and all Americans are significantly assisted by the U.S. Supreme Court findings in West Virginia v. EPA, which reiterates the findings of the Tennessee Supreme Court in Norton v. Shelby County a century ago – – – – Congress has no ability to further delegate its legislative powers to Administrative Agencies. See WEST VIRGINIA ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL., link here: https://www.supremecourt.gov/opinions/21pdf/20-1530_n758.pdf.

Statutes and codes do not apply to me!


<u>Am I given full disclosure concerning this case claim? (Case 2:21-cv-01964 WBS-CKD)</u>


By what authority does this District Court - UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA - and its Clerk and BAR Attorneys have to address me?

By what authority and jurisdiction does this said Court have over me, a living, breathing man?

By what authority and jurisdiction does this said Court have over the Vatican's Uniform Commercial Code?

Pursuant to the Public Law, and by operation of law, unpaid debts by the DOJ/Department of Justice and IRS/Internal Revenue Service and its corporate officers and employees owed to me are both lawful and past due.

Public Officials named herein are obligated in law to honor all my Claims  – the moment I make them.

International Peace Proclamation

> Peace has been declared in the matter of The American Civil War

> All jurisdictions and instrumentalities must comply

> All Federal, Territorial, and Municipal Officers, including all Uniformed Officers, must comply

> All hostilities must cease and desist

> All Executive Orders issued during and as a result of The American Civil War are set aside

Notice and Update Ex parte Milligan, 71 U.S. 2 (1866)

My records indicate that The California Assembly (unincorporated) and its Jural Assembly (Courts) are in operation, and thus this United States District Court Eastern District of California must cease and desist all claims in <u>Case 2:21-cv-01964 WBS-CKD.</u>

Prosecutors GARLAND and KUKSO – named herein – have alleged that I am a municipal Corporation,  and have named my name or a name similar to my name in which I did not give permission to use and thus this violated my unregistered trademarks and copyrights which are protected under the Lanham Act and Fixture Liens recorded in New York State and County of Schuylkill, Pennsylvania.

Please prove that I am not a member of the General Public.

Please prove that I am not guaranteed all of the Constitutional guarantees.

Please prove that I am attached to and owed this debt that you're alleging.

Please prove that I am subject to foreign law such as you are practicing in this Court.

Bring on the evidence. Everybody wants to see proof and Judge SHUBB needs to see it because if you've proceeded against me then he's liable just as prosecuting attorneys are liable for bringing false charges.

An International Obligation Lien against the American Bar Association and International Bar Associations, et al., (2015) a now-perfected lien worth $279 trillion dollars, has been cured, a sovereign-level Bill of Lading has been brought in favor of The United States of America (Unincorporated) and a Writ of Execution has been issued, and I am one of the lien claimants against the BAR Attorneys and public officials named herein, officially and individually. Pursuant to the Public Law, damages are times 87 for each public official named herein, officially and individually, with enforcement by the American States and Nations (Trading) Bank.

Pope Francis and the Vatican no longer back stop the crimes of BAR Attorneys and Public Officials. Source: Pope Francis Motu Proprio, 2013. Additionally, BAR licensees acting as privateers are extinguished. Pope Francis's Motu Proprio is dated July 11, 2013 and effective September 1 2013. The Vatican no longer back stops crimes by BAR Attorneys and Public Office Holders - officially or as individuals - and that includes Crimes of State - cited herein.

Case 2:21-cv-01964 WBS-CKD was ordered moved to United States District Court for the District of Columbia 333 Constitution Avenue N.W., Washington D.C. 20001.

This letter is by my hand and seal and upon my civil authority set this 6th day of October 2022:

By: *Edward Thomas Kennedy* ©

Edward Thomas Kennedy©

Without prejudice, all rights reserved.
Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals under International Declaration; not subject to Representation nor Power of Attorney; not subject to Alteration, not a British Copyright, not a Municipal Trademark. Applicable to all Successors and Assigns

10/6/2022

BACK

PAGE

BLANK.

By: Edward Kennedy ©
c/o 800 Court Street # 223
Reading, Pennsylvania [19601]

Private &
Genel Post-Office Confidential · OPEN by Addressee Only

WILLIAM B. SHUBB, Senior Judge
USDC - EDCA
US Courthouse
501 I Street, 14th floor
Sacramento, CA 95814

By: Edward Kennedy ©
c/o 800 Court Street # 223
Reading, Pennsylvania, [19601]

Private & OPEN By
Genel Post-Office Confidential · Addressee Only

KIMBERLY J. MUELLER, Chief Judge
USDC - EDCA
US Federal Courthouse
501 I Street
Sacramento CA 95814