*[Handwritten annotation across top of page:]* Return Service: N/A USS Contract Trust And NO Territorial Office By: Edward Kennedy December 14th of 2021 Delivered to Clerk of Court via USPS RE 244 085 053 US.

1  DAVID A. HUBBERT
   Acting Assistant Attorney General

2
3  BORIS KUKSO
   Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C. 20044
5  202-353-1857 (v)
   202-307-0054 (f)
6  Boris.Kukso@usdoj.gov

7               IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,         )
10                                    )  Case No. 2:21-CV-1964-WBS-CKD
           Plaintiff,                 )
11                                    )    **FILED**
       v.                             )
12                                    )
   EDWARD T. KENNEDY,                 )    DEC 05 2022
13                                    )
           Defendant.                 )    CLERK, U.S. DISTRICT COURT
14                                    )    EASTERN DISTRICT OF CALIFORNIA
                                           BY _____ DEPUTY CLERK

15          **COMPLAINT TO NULLIFY AND ENJOIN FALSE LIEN FILINGS**

16      The United States of America, by and through its counsel, complains and alleges as
17  follows:
18                          **JURISDICTION AND VENUE**
19

20  1. The United States brings this action to obtain a judicial declaration that a document filed
21     by Defendant Edward T. Kennedy with the Office of the Secretary of State for the State
22     of California against the Commissioner of the Internal Revenue Service is null, void, and
23     without legal effect; and to enjoin the Defendant from all future filings of similar
24     documents.
25  2. This Court has jurisdiction pursuant to 28 U.S.C. § 1345 and 26 U.S.C. § 7402.

                                        1

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KEITH HOLLAND, Clerk
   USDC - EDCA
   501 I Street
   Sacramento, CA 95814

   9590 9402 4240 8121 1340 26

2. Article Number (Transfer from service label)

   RE 244 085 053 US

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

   X E/ke/ide       ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   12/27/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☒ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

# USPS Tracking

Track Another Package +

Tracking Number: RE244085053US

**Status**

☑ Delivered, Left with Individual

December 27, 2021 at 11:57 am
SACRAMENTO, CA 95814

Your item was delivered to an individual at the address at 11:57 am on December 27, 2021 in SACRAMENTO, CA 95814.

Re fuse Soz✗✗e ✗/o ✗✗✗✗ Contract Trust and no Territorial Office.
By: Edward Kennedy
November 11th of 2022.
Delivered to Clerk of Court via
USPS RE 077 810 716 US.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cv-01964-WBS-CKD |
| Plaintiff, | ORDER |
| v. | (ECF Nos. 13, 19) |
| EDWARD T. KENNEDY, | |
| Defendant. | |

On September 12, 2022, the magistrate judge filed findings and recommendations (ECF No. 19), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are ADOPTED IN FULL;
2. Plaintiff's motion for default judgment (ECF No. 13) is GRANTED;

1

ALERT: SOME OF OUR APPLICATIONS ARE CURRENTLY UNAVAILABLE. WE ARE WORKING TO RESOLVE THE ISSUE AND APOLO…

FAQs >

# USPS Tracking®

Remove X

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEITH HOLLAND, CLERK
USDC - EDCA
501 I Street
Sacramento CA 95814

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]

B. Received by (Printed Name)   C. [Date]
   [signature]                   10/19/22

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

9590 9402 6559 1028 1376 87

2. Article Number (Transfer from service label)
RE 077 810 716 US

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)

- Priority Mail
- Registered
- Registered Delivery
- Signature
- Signature Restricted

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic

**Tracking Number:**

## RE077810716US

Copy    Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:31 pm on October 19, 2022 in SACRAMENTO, CA 95814.

## Delivered

Delivered, Front Desk/Reception/Mail Room
SACRAMENTO, CA 95814
October 19, 2022, 2:31 pm

See All Tracking History

## Text & Email Updates

## Product Information