**FILED**

**DEC 05 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Edward Thomas Kennedy
In care of: 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601

2:21-CV- 1964 -WBS-CKD

JOHN G. ROBERTS, CEO
Supreme Court of the United States
1 First Street, N.E
Washington, D.C. 20543

WILLIAM B. SHUBB, Senior United States District Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
501 I Street, 14th Floor, Courtroom #5
Sacramento, CA 95814
Sent by mail and email to Karen Kirksey Smith at kkirkseysmith@caed.uscourts.gov

KEITH HOLLAND, Clerk of Court
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
501 I Street
Sacramento, CA 95814..

KIMBERLY J. MUELLER, Chief District Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
501 I Street, 14th Floor, Courtroom #5
Sacramento, CA 95814
Sent by mail and email to Casey Schultz at cschultz@caed.uscourts.gov

CAROLYN K. DELANEY, Magistrate Judge
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
501 I Street, 8th Floor, Courtroom #24
Sacramento, CA 95814

MERRICK B. GARLAND, Attorney General
U.S. Department of Justice/DOJ
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

BORIS KUKSO, Trial Attorney, Tax division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Sent by regular mail, fax to 202-307-0054, and email to boris.kukso@usdoj.gov

ROSLYNN R. MAUSKOPF
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
1 Columbus Circle NE
Washington, DC 20544

1

Greetings,

## RE: NOTICE Self-authenticating Evidence of
## Crimes of State / Conspiracy to Commit Capital Crimes

I am an American standing under the Public Law. Enclosed please find a four-page document titled Notice Regarding Named Entities/Notice of Liability /Demand to Show Cause. The signature in the docket for <u>Case 2:21-cv-01964 WBS-CKD</u> titled ORDER signed by WILLIAM B. SHUBB is self-authenticating evidence of Crimes of States, and Conspiracy to Commit Crimes, also known as Capital Crimes and jail time crimes for all legal persons named herein.

Second, Service was returned to the Clerk of Court. *There is no UCC contract.* Pursuant to the Public Law and Roman Civil Law, your so-called special admiralty law of the sea, KEITH HOLLAND, Clerk of Court knowingly committed jail times crimes.

This letter is by my hand and seal and upon my civil authority set this 21st day of November 2022:

By _____  ©

Edward Thomas Kennedy©
Without prejudice, all rights reserved.

Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals under International Declaration; not subject to Representation nor Power of Attorney; not subject to Alteration, not a British Copyright, not a Municipal Trademark. Applicable to all Successors and Assigns.

2

Notice Regarding Named Entities/Notice of Liability
Demand to Show Cause

Bouvier's Law Dictionary, 8ed., pg. 2287 – "The omission of the Christian name by either plaintiff or defendant in a legal process prevents the court from acquiring jurisdiction ..."

Gregg's Manual of English: "A name spelled in all capital letters or a name initialed, is not a proper noun denoting a specific person, but is a fictitious name, or a name of a dead person, or a nom de guerre."

"Complaint must identify at least one plaintiff by true name; otherwise no action has been commenced." Roe v New York (1970, SD NY) 49 FRD 279, 14 FR Serv 2d 437, 8 ALR Fed 670.

The reasoning behind a true name is that neither a State, nor the United States, can pick up a pencil or sneeze, being nothing more than a "piece of paper". They cannot, therefore, assume the liability of actions nor write a complaint. All activities carried on by governmental agencies are carried out by its agents and actors, and those actors are individually liable for their actions. This means you, as a public employee under contract to a governmental service provider (foreign corporation) which is working for me under contract, are accountable and liable for actions you take that misidentify or seek to defraud or mis-characterize people, such as me, who are living as Lawful Persons, not Legal Persons. This also means that when you undertake "legal actions" against Lawful Persons, no such actions are owed enforcement of any kind. This is the beginning and the end of your Territorial and/or Municipal "prosecutorial capacity" and I am giving you Explicit Notice that I am standing on the land and soil of Pennsylvania and that I am operating exclusively as a Lawful Person with explicit declarations and proof of my identity and capacity established on the Public Record.

The Supreme Court case, Monroe Cattle Co. v. Becker, 147 U.S. 47 (1893) says: Defendant was impleaded by the name of A. W. Becker. Initials are no legal part of a name, the authorities holding the full Christian name to be essential. Wilson v. Shannon, 6 Ark. 196; Norris v. Graves, 4 Strob. 32; Seely v. Boon, 1 N. J. Law, 138; Chappell y. Proctor, Harp. 49; Kinnersley v. Knott, 7 C. B. 980; Turner v. Fitt, 3 C. B. 701; Oakley v. Pegler, (Neb .) 46 N. W. Rep. 920; Knox v. Starks, 4 Minn. 20, (Gil. 7 Kenyon v. Semon, (Minn.) 45 N. W. Rep. 10; Beggs v. Wellman, 82 Ala. 391, 2 South. Rep. 877; Nash v. Collier, 5 Dowl. & L. 341; Fewlass v. Abbott, 28 Mich. 270. This is telling you and your Office that all "legal actions" addressed to any "character" using middle initials are invalidated by failure to name an actual Party to the case. See above. You can play games with corporate fictions all day long, but when you infringe upon my Given Name and my Lawful Person, which is recorded and held under Unregistered

Copyright and also Unregistered Trademarks due protection under the Lanham Act, you are committing Crimes of State. This is your Notice of Liability.

The United States Government Printing Office Style Manual clearly defines the rules of grammar for recording of a proper noun in Chapter 3.2, Capitalization. "Proper nouns are capitalized [examples given] Rome, Brussels, John Macadam, Macadam family, Italy, and Anglo-Saxon." It further defines, in Chapter 11.7, that "Names of vessels are quoted in matter printed in other than lower case roman… [examples given are] LUSITANIA [or] Lusitania."

This "all capitals" style convention is also known as "Dog Latin" which is a corrupt and corrupting text used in some foreign municipal courts having no jurisdiction over American State Nationals. This style convention applies only to incorporated legal fiction entities and VESSELS operating under Admiralty law in Admiralty or Maritime jurisdictions. Whenever living Americans are being misidentified as "US CITIZENS" or as Officers thereof, without their fully disclosed and conscious consent, crimes are being committed against your Employers, on your watch via unconscionable contracts. The evidence of "unconscionable contract" appears on every Birth Certificate ever issued by any Territorial Government Franchise doing business as a "State of State", including the "State of Pennsylvania", and doubly applies to every BIRTH CERTIFICATE issued by any Municipal Government Franchise doing business as a "STATE OF STATE" including the "STATE OF PENNSYLVANIA". The Municipal United States is limited to the ten miles square of the District of Columbia with respect to Americans and their States. It is an illegal, unlawful, and non-consensual contract to secretively impersonate the Lawful Person of a living man as a Territorial franchise corporation so as to compromise his identity and subject him to foreign law; and it merely compounds the fraud and the crime to further impersonate the Lawful Person of a living man as a Municipal PERSON. This is your Notice of Liability for willingly and knowingly participating in any such commercial racketeering scheme absent your prompt action to correct this Mistake, regarding me, my names, and my lawful Person(s).

Black's Law Dictionary "Fictitious Name": "A counterfeit, alias, feigned, or pretended name taken by a person, differing in some essential particular from his true name (consisting of Christian name and patronymic), with the implication that it is meant to deceive or mislead." Oxford Dictionary: "Nom de guerre": War name. A name assumed by or assigned to a person engaged in some action or enterprise.

All American State Citizens are owed The Law of Peace from the Territorial Government and its operatives and the Territorial Government is further required to protect and defend American State Citizens from any action undertaken against them by any foreign power, which includes the Municipal United States. We are the civilian government. They are the civil government. Unless you wish to commit treason

against the unincorporated United States of America, you must recognize the difference and defend our Lawful Persons.

The U.S. Government Style Manual, Chapter 3 requires only the names of corporate and other fictional entities, or those serving in corporate capacities to be in all capitalized letters. Fictitious names exist for a purpose. Fictions are invented to give courts jurisdiction. Snider v. Newell 44 SE 354.

No such jurisdiction has been granted by me to any Federal Department, Agency, or State of State I to create or to address any fictional PERSON dba EDWARD THOMAS KENNEDY, EDWARD KENNEDY, EDWARD T KENNEDY, EDWARD T. KENNEDY, or any Unregistered Trademark of mine; neither have I consented to be regarded as an infant decedent; all such PERSONS have been re-flagged and permanently domiciled on the land and soil jurisdiction of the unincorporated United States of America and the unincorporated United States respectively, and have officially been so for more than two decades.

I operate exclusively as a Lawful Person and all my franchises operate as Lawful Vessels permanently domiciled on the land and soil jurisdiction of this country, yet I continue to be "misaddressed" and "misidentified" by your Offices as either a Territorial or Municipal / Employee / Volunteer / Conscript / Taxpayer / Criminal/Slave. Please see your Complete Notice of Liability, both the Mandatory FSIA Notice and this attendant Notice of Liability.

If you have any proof that I am now or have ever consciously, knowingly, and willingly and conditions of full disclosure adopted "US Citizenship" of any kind, any evidence that I or my Mother gave your Office willing permission to address me as an incorporated franchise or ward of any Territorial State of State, or gave you consent to use my Good Name or any permutation, ordering, punctuation, or style thereof for any commercial purpose you have ten (10) days from receipt of this communication to present it to me for rebuttal; otherwise, you must act to make correction of your records, expunge all Ultra Vires court actions misaddressed to me, remove my name from any "Taxpayer" roles, remove any liens or other false commercial claims addressed to Municipal United States PERSONS abusing my Good Name and merely presumed to exist, and issue proper identification paperwork and database corrections so that I am no longer being misaddressed and misidentified as any form of "US Citizen". You must also return perfected title to my homestead in Reading, Pennsylvania, which has been held in public trust under all of these false presumptions of my purported abdication of my natural estate and false claims of hypothecated debt.

I am naturally exempt and any and all "Vessels" of mine are tax percuse = pre-paid.

3 of 4

Any failure to produce your validated Proof concludes the Facts in Law and in statutory law fully exonerating me and any vessel operating "in my name" from any presumption of any federal citizenship obligation whatsoever now or at any time since the initial Mistake was discovered in 1998 and otherwise establishes my unique and unencumbered claim upon my life, my persons, my soul, and all else associated with me including my nationality as a Pennsylvanian from the moment of my physical conception, now and forever afterward.

Any failure to respond to this Notice and Demand within ten (10) days establishes your fully admitted agreement to the facts presented herein and your agreement to take all steps outlined above that are possible within the powers of your Office and administrative duties, and your agreement to make the necessary correction of your records, processes, procedures, assumptions, and legal presumptions to provide the Good Faith and Service owed to my Lawful Person. Your failure to respond also admits and agrees to your 100% commercial and personal that accrues to me or any Person/PERSON presumed to be associated with me as a result of your continued misrepresentation of me and my Lawful Person.

Your failure to respond also admits and agrees to your 100% commercial and personal liability for all harm that accrues to me or any person/ PERSON presumed to be associated with me as a result of your continued misrepresentation of me and my Lawful Person.

This self-fulfilling contract becomes final and is owed execution effective midnight January 6, 2022, absent your response: so provided in view of the Public Record:
by: _____ E d w A R d    T h o m A s    K e N N e _____
by: Edward Thomas Kennedy© on this 14th day of December 2021 and issued from Edward Thomas Kennedy, 800 Court Street #223, Reading, Pennsylvania [19601] and issued to JOHN G. ROBERTS, KEITH HOLLAND, WILLIAM B. SHUBB, KIMBERLY J. MUELLER, CAROLYN K. DELANEY, MERRICK B. GARLAND, DAVID A. HUBBERT, and BORIS KUKSO via JOHN G. ROBERTS, Supreme Court of the United States, 1 First Street, N.E., Washington, D.C. 20543 via USPS Registered Mail RE 244 085 040 US - return receipt requested.
**Guarantee and Disclaimer**: It is not my meaning nor intention to harm, blame, accuse, or terrify anyone, least of all, my employees; it is my intention to secure and defend my Lawful Person from identity theft, inland piracy, and impersonation, and to bring your urgent attention to these issues as referenced, and to lawfully convert offshore criminal enterprises aimed at defrauding and impersonating and misrepresenting my Lawful Person in contravention of solemn International Treaties, solemn Commercial Contracts, International Law, The Constitution of the United States of America, The Constitution of the United States, and my International Will in accord with The Unanimous Declaration of Independence.
******The back of each page of this Notice and the margins and the rest of this page have been left blank and are not subject to any Power of Attorney or alteration or conversion. *****



By: Edward ©
c/o 800 Count Sheet # 223
Reading, Pennsylvania
Neural Post-Office: Private: OPEN by Addressee only.

CAROLYN K. DELANEY, Magistrate
USDC - EDCA
501 I Street, Court #24
Sacramento CA 95814

HARRISBURG PA 171
30 NOV 2022 PM 1

95814-23250i

22/82/11